

The following constitutes the order of the Court.
Signed: October 14, 2021

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DUTCHINTS DEVELOPMENT LLC,<br><br>Debtor. | Case No. 21-51255 MEH<br><br>Chapter 11 |

## ORDER EXTENDING DEADLINE

On request of the debtor, and good cause appearing, the deadline to file the required documents is extended to close of business on October 28, 2021. In the event the debtor fails to timely file the above documents, this case may be dismissed without further notice or hearing.

**END OF ORDER**

**COURT SERVICE LIST**

All ECF Recipients