Entered on Docket
October 22, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for Verse Two Properties, LLC

The following constitutes the order of the Court.
Signed: October 22, 2021

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

In re

DUTCHINTS DEVELOPMENT LLC,

Debtor

Case No. 21-51255

Chapter 11

DATE: October 22, 2021
TIME: 10:00 a.m.
JUDGE: Honorable M. Elaine Hammond

### INTERIM ORDER ON MOTION TO REQUIRE PERFORMANCE OR REJECTION OF LEASE

The Motion of Verse Two Properties, LLC, (the "Bubb Landlord") for an Order requiring the Debtor to promptly perform its Lease[1] obligations or to reject the Lease and surrender possession of the premises located at 10100 Bubb Road, Cupertino, California (the "Bubb Property") duly came on for hearing on October 22, 2021 pursuant to an Order Shortening Time. The Bubb Landlord appeared

---

[1] Capitalized terms in this Order shall have the same meaning ascribed to them in the moving papers.

through its members and its counsel, St. James Law, P.C., Michael St. James appearing. The Debtor appeared through its counsel, Geoff Wiggs. Upon consideration of the papers and pleadings filed herein and the argument of counsel, and good cause therefore appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Under the circumstances, parties in interest have received adequate notice and an opportunity to be heard.

2. On or before October 26, 2021, the Debtor shall file with the Court evidence that the holes and openings in the roof have been appropriately patched or repaired. Should the Debtor fail timely to do so, the Bubb Landlord may cause persons thereafter to attempt to patch or repair the roof of the Bubb Property, and such persons may access the Bubb Property for that purpose on any day(s) between 7:00 a.m. and 5:00 p.m., without further notice to the Debtor or relief from this Court.

3. On or before October 27, 2021, the Debtor shall file with the Court evidence that the Bubb Property is adequately insured. If the Debtor fails to do so, the Bubb Landlord may seek relief from the Court on an emergency basis.

4. The Motion is set for a continued hearing on November 4, 2021 at 10:00 a.m. Not later than noon on November 3, 2021 the Debtor shall file with the Court any evidence or other responsive material it wishes to be considered at the continued hearing on the Motion.

5. The foregoing relief is intended to provide partial adequate protection for the interests of the Bubb Landlord.

Approved as to form:

LAW OFFICE OF GEOFF WIGGS


By: /s/ *Geoff Wiggs* .
     Geoff Wiggs
Proposed Counsel for the Debtor

             \*    \*    \*    END OF ORDER    \*    \*    \*

**Court Service List**

All persons entitled to notice of entry of this Order are ECF registered except: N/A