Fill in this information to identify the case:

Debtor name: **Dutchints Development LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known): **21-51255**

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Catherine Hung** 102 Granada Drive Mountain View, CA 94043 | | **Pending lawsuit** | **Unliquidated Disputed** | | | $100,000.00 |
| **Cathy Ettenger** PO Box 7080 San Carlos, CA 94070 | | **Pending lawsuit** | **Unliquidated Disputed** | | | $168,000.00 |
| **CBS Finance** 35453B Dumbarton Ct. Newark, Ca 94560 | | **Business loan** | | | | $500,000.00 |
| **Coren LLC** 953 Colonial Lane Palo Alto, Ca 94303 | | **Business loan** | | | | $400,000.00 |
| **Farshid Sabet & Badi Enayati** | | **Pending lawsuit** | **Unliquidated Disputed** | | | $1,780,000.00 |
| **Fred Kurland** 4213 Los Palos Ave. Palo Alto, Ca 94306 | | **Business loan** | | | | $850,000.00 |
| **Harout Tanchian** 6255 Canoga Ave. #14 Woodland Hills, Ca 91367 | | **Business loan** | | | | $100,000.00 |
| **Horner Law Group** 80 S Broadway, Ste 200 Walnut Creek, CA 94596 | | **Trade Debt - Legal Services** | | | | $107,058.40 |
| **Johanna Fogl** 7 Fogl Ct. Redwood City, Ca 94061 | | **Business loan** | | | | $300,000.00 |

| Debtor | Dutchints Development LLC | Case number (if known) | 21-51255 |
|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John Hondagneau 1023 Fulton Street Redwood City, Ca 94061 | | Business loan | | | | $850,000.00 |
| Mousseau/Carvahlo % Charles Mousseau 987 Loa Verde Ave. Palo Alto, Ca 94303 | | Business loan | | | | $1,400,000.00 |
| Paul Harms 805 Concorde Circle, #1205 Linthicum Heights, MD 21090 | | Pending lawsuit | Unliquidated Disputed | | | $300,000.00 |
| Pfendt Survivors Trust 1101 Suffolk Ct. Los Altos, Ca 94024 | | Business loan | | | | $200,000.00 |
| Rajiv Arora 206 Mission tierra Place Fremont, Ca 94539 | | Business loan | | | | $500,000.00 |
| Rajiv Guliani 630 Enos Street Fremont, Ca 94539 | | Business loan | | | | $1,000,000.00 |
| Sandra Clow 425 Hillwood Ct Mountain View, CA 94040 | | Pending lawsuit | Unliquidated Disputed | | | $325,000.00 |
| Unique Funding Solutions 1672 E 22nd St Brooklyn, NY 11229 | | Cash advance | | | | $100,000.00 |
| Vachik Sarkissian 917 Stanley Ave Los Altos, Ca 94024 | | Business loan | | | | $500,000.00 |
| Verse Two Properties, LLC PO Box 2126 Saratoga, CA 95070 | | Lease Arrears | | | | $372,790.76 |
| WG Fund 1969 Rutgers University boulevard Lakewood, NJ 08701 | | Cash advance | | | | $200,000.00 |