GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St., Suite 350
San Mateo, CA 94403
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
geoff@wiggslaw.com

(Proposed) Attorney for Debtor in Possession
Dutchints Development LLC

The following constitutes the order of the Court.
Signed: November 9, 2021

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Case No.: 21-51255 |
| DUTCHINTS DEVELOPMENT LLC, | Chapter 11 |
| Debtor in Possession. | ORDER AUTHORIZING EMPLOYMENT OF COUNSEL FOR DEBTOR IN POSSESSION |

On October 12, 2021, Debtor filed an Application for Order Authorizing Employment of Counsel for Debtor In Possession along with a Notice of Application and Opportunity for Hearing. Proper service of the application was made October 12, 2021. No opposition was made. For good cause shown,

IT IS ORDERED THAT:

The Application for Order Authorizing Employment of Counsel for Debtor In Possession is hereby approved and authorized as of the petition date, September 29, 2021.

***END OF ORDER***

COURT SERVICE LIST

*NONE- ECF participants notified electronically