UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                )    **Bankruptcy No: 21-51255-MEH**
**DUTCHINTS DEVELOPMENT,**   )    **R.S. No:  BRL-355**
**LLC**                               )    **Hearing Date:   December 10, 2021**
                                           )    **Time: 10:00 a.m.**

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions.  Complete Section B for mobile homes, motor vehicles and personal property.  Complete Section C for real property.  Utilize Section D as necessary.  If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

**A**  **Date Petition filed: 9/29/21**                           **Chapter: 11**
     **Prior hearings on this obligation: NONE**      **Last Date to file 523/727 Complaints: N/A**

**B**  **Description of real property collateral (e.g. Single family residence, Oakland, CA):**
                                                                    **1226 Phyllis Avenue, Mountain View, CA**
                                                                    **Single Family Residence**

     **Fair Market Value:  2,036,000**                    **Source of Value: Appraisal and BPO**

                                                                    **If appraisal, date: 11/9/21-BPO; 12/5/2019-Old Appraisal**

     **Moving Party's position (first trust deed, second, abstract, etc.): First Deed of Trust**

     **Approx. Bal: $  1,729,302.98**                     **Pre-Petition Default: $1,703,605.77 matured**
     **As of (date):       11/9/2021**                       **No. of Months: 9**
     **Mo. Payment: $ 10,784.38 pre-default**      **Post-Petition Default:   $28,740.43**
     **Notice of Default (date): 3/17/2021**           **No. of months: 2**
     **Notice of Trustee's Sale: Orig. set 7/21/2021**   **Advances Senior Liens:  None**

     **Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):**

     | Position | Principal Amount | Mo. Payments | Defaults |
     |---|---|---|---|
     | **1st Trust Deed-MOVANT** | $ 1,522,500.00 | 10,784.38 | $209,846.00 |
     | **2nd Trust Deed- ROLES** | $    472,000.00 | unknown | unknown |
     | _____ | _____ | | _____ |
     | | $ 1,994,500.00   (Total)   + | | $209,846.00 (Total) = $2,204,346 |

**C**  **Other pertinent information:**

     Debtor is only 10% owner of this real property.  No payments being made post-petition.  Property is overencumbered.  Property is not necessary for any reorganization as no reorganization is in prospect.

**Dated: November 18, 2021**                            */S/ BENJAMIN R. LEVINSON*
                                                                       *Signature*
                                                                       BENJAMIN R. LEVINSON
                                                                       *Type or print name*

                                                                       Attorney for Movant