BENJAMIN R. LEVINSON-SBN 116675
LAW OFFICE OF BENJAMIN R. LEVINSON
A Professional Corporation
4340 Stevens Creek Blvd., Suite 199
San Jose, CA 95129
Telephone: (408) 866-2999
Facsimile: (408) 866-2992
E-Mail: ben@benlevinsonlaw.com

Attorney for Secured Creditors Behrooz R. Shahab and
Laurie A. Shahab, Trustees of The Shahab Family
Revocable Trust, Dated 7/31/2000, Gregory Galen Lin,
and Stephen E. Fournier, Trustee Fournier Tax Consulting 401K

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| In re: | Case No. 21-51255-MEH |
| | Chapter 11 |
| DUTCHINTS DEVELOPMENT, LLC, | |
| | RS No. BRL-355 |
| | NOTICE OF HEARING ON MOTION FOR ORDER TERMINATING AUTOMATIC STAY OR REQUIRING ADEQUATE PROTECTION |
| Debtor. | DATE: December 10, 2021 |
| _____/ | TIME: 10:00 a.m. |
| | DEPT: **Via Video/Teleconference**[1] |

To Debtor DUTCHINTS DEVELOPMENT, co-borrower Madeleine Tashjian, the United States

Trustee; and to Debtor's Attorney of Record:

NOTICE IS HEREBY GIVEN that on December 10, 2021, at 10:00 a.m., or as soon thereafter as

the matter can be heard before the Honorable M. Elaine Hammond, United States Bankruptcy Judge,

Movants BEHROOZ R. SHAHAB and LAURIE A. SHAHAB, TRUSTEES OF THE SHAHAB

---

[1] **Please see Judge Hammond's posted calendar for this hearing at www.canb.uscourts.gov for information on how to attend via video or teleconference.**

_____
1
NOTICE OF HEARING ON MOTION FOR ORDER TERMINATING AUTOMATIC STAY OR REQUIRING ADEQUATE
PROTECTION

FAMILY REVOCABLE TRUST, DATED 7/31/2000, GREGORY GALEN LIN, and STEPHEN E. FOURNIER, TRUSTEE FOURNIER TAX CONSULTING 401K (collectively "Movants") will, and hereby do, move the Court to make an Order terminating the automatic stay for lack of equity and cause under 11 U.S.C. § 362(d) with respect to the interest of Debtor and the estate's interest in the real property described as 1226 Phyllis Avenue, Mountain View, California, 94040 (the "Property") as set forth in the deed of trust attached to the declaration filed herewith.

**The hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**NOTICE IS HEREBY FURTHER GIVEN that, should you fail to appear, either personally or through your attorney or representative at the time and place hereinabove set for hearing, the Bankruptcy Judge may grant the relief sought by Movants and may make an order terminating the automatic stay of 11 U.S.C. § 362(d) and authorizing and permitting Movants to begin and/or complete a foreclosure sale of the Property under Movant's loan, with waiver of Bankruptcy Rule 4001(a)(3) and California Civil Code § 2924g(d) to the extent that it applies and allowing the purchaser to obtain possession of the Property under California law without further order of the Court.**

Dated: November 18, 2021

Law Office of Benjamin R. Levinson
A Professional Corporation
/S/ BENJAMIN R. LEVINSON
BENJAMIN R. LEVINSON,
Attorney for Movants