BENJAMIN R. LEVINSON-SBN 116675
LAW OFFICE OF BENJAMIN R. LEVINSON
A Professional Corporation
4340 Stevens Creek Blvd., Suite 199
San Jose, CA 95129
Telephone: (408) 866-2999
Facsimile: (408) 866-2992
E-Mail: ben@benlevinsonlaw.com

Attorney for Secured Creditors Behrooz R. Shahab and
Laurie A. Shahab, Trustees of The Shahab Family
Revocable Trust, Dated 7/31/2000, Gregory Galen Lin,
and Stephen E. Fournier, Trustee Fournier Tax Consulting 401K

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

|  |  |
|---|---|
| In re:<br><br>DUTCHINTS DEVELOPMENT, LLC,<br><br><br><br><br>Debtor.<br>_____/ | Case No. 21-51255-MEH<br>Chapter 11<br><br>RS No. BRL-355<br><br>CERTIFICATE OF SERVICE OF MOTION FOR ORDER TERMINATING AUTOMATIC STAY OR REQUIRING ADEQUATE PROTECTION<br><br>DATE: December 10, 2021<br>TIME: 10:00 a.m.<br>DEPT: **Via Video/Teleconference**[1] |

I, the undersigned, certify:

I am a citizen of the United States and a resident of Santa Clara County, California. I am now, and at all times herein mentioned was, over the age of eighteen years and not a party to the above-captioned matter. My business address is 4340 Stevens Creek Blvd., Suite 199, San Jose, CA 95129.

On November 18, 2021, I served the following documents:

---

[1] **Please see Judge Hammond's posted calendar for this hearing at www.canb.uscourts.gov for information on how to attend via video or teleconference.**

1
CERTIFICATE OF SERVICE BY FIRST CLASS MAIL OF MOTION FOR ORDER TERMINATING AUTOMATIC STAY OR REQUIRING ADEQUATE PROTECTION

1. RELIEF FROM STAY COVER SHEET;

2. NOTICE OF HEARING ON MOTION FOR ORDER TERMINATING AUTOMATIC STAY OR REQUIRING ADEQUATE PROTECTION;

3. MOTION FOR ORDER TERMINATING AUTOMATIC STAY OR REQUIRING ADEQUATE PROTECTION;

4. DECLARATION OF GREGORY LIN IN SUPPORT OF MOTION FOR ORDER TERMINATING AUTOMATIC STAY OR REQUIRING ADEQUATE PROTECTION; and,

5. CERTIFICATE OF SERVICE;

on the following persons by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at San Jose, California, addressed as follows:

*DEBTOR*

Dutchints Development LLC
5150 El Camino Real E20
Los Altos, CA 94022

*Co-Borrower*

Madeleine Tashjian
1226 Phyllis Avenue
Mountain View, CA 94040

*DEBTOR ATTORNEY*

Geoff Wiggs, Esq.
Law Offices of Geoff Wiggs
1900 South Norfolk St., Suite 350
San Mateo, CA 94403

*UNITED STATES TRUSTEE*

United States Trustee
280 South First Street, Rm 268
San Jose, CA 95113

United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave., 5th Floor  #05-0153
San Francisco, CA  94102

*SERVED ELECTRONICALLY VIA ECF*

2
CERTIFICATE OF SERVICE BY FIRST CLASS MAIL OF MOTION FOR ORDER TERMINATING AUTOMATIC STAY OR REQUIRING ADEQUATE PROTECTION

Case: 21-51255    Doc# 68    Filed: 11/18/21    Entered: 11/18/21 11:07:26    Page 2 of 4

# REQUEST FOR SPECIAL NOTICE

*Attorneys for Kevin Singer, State Court Receiver*

Kevin Singer, State Court Receiver
c/o Byron Z. Moldo
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212

*Counsel to Verse Two Properties, LLC*

Michael St. James
St. James Law, P.C.
22 Battery Street, Suite 810
San Francisco, CA 94111

*Attorneys for Interested Parties Eric Kutcher and Lauren Kutcher*

Troy H. Slome, Esq.
Vincent J. Davitt, Esq.
Anita Jain, Esq.
Meylan Davitt Jain Arevian & Kim LLP
444 S. Flower Street, Suite 1850
Los Angeles, CA 90017

*Attorney for Brent Roles*

LAW OFFICE OF WAYNE A. SILVER
643 Bair Island Road, Suite 403
Redwood City, CA 94063

Brent Roles
2559 Butch Drive
Gilroy, CA 95020

# 20 LARGEST CREDITORS

| | |
|---|---|
| Catherine Hung<br>102 Granada Drive<br>Mountain View, CA 94043 | Mousseau/Carvahlo<br>c/o Charles Mousseau<br>987 Loa Verde Ave.<br>Palo Alto, CA 94303 |
| Cathy Ettenger<br>PO Box 7080<br>San Carlos, CA 94070 | Paul Harms<br>805 Concorde Circle, #1205<br>Linthicum Heights, MD 21090 |

---

3

CERTIFICATE OF SERVICE BY FIRST CLASS MAIL OF MOTION FOR ORDER TERMINATING AUTOMATIC STAY OR REQUIRING ADEQUATE PROTECTION

Case: 21-51255    Doc# 63    Filed: 11/18/21    Entered: 11/18/21 11:07:26    Page 3 of 4

| | | |
|---|---|---|
| 1 | CBS Finance | Pfendt Survivors Trust |
| | 35453B Dumbarton Ct. | 1101 Suffolk Ct. |
| 2 | Newark, CA 94560 | Los Altos, CA 94024 |

<div style="columns:2">

CBS Finance
35453B Dumbarton Ct.
Newark, CA 94560

Pfendt Survivors Trust
1101 Suffolk Ct.
Los Altos, CA 94024

Coren LLC
953 Colonial Lane
Palo Alto, CA 94303

Rajiv Arora
206 Mission Tierra Place
Fremont, CA 94539

Farshid Sabet & Badi Enayati
c/o Farshid Sabet
Chief Business Officer
Katana Graph
2811 Mission College Blvd, Fl. 7
Santa Clara, CA 95054

Rajiv Guliani
630 Enos Street
Fremont, CA 94539

Fred Kurland
4213 Los Palos Ave.
Palo Alto, CA 94306

Sandra Clow
425 Hillwood Ct.
Mountain View, CA 94040

Harout Tanchian
6255 Canoga Ave., #14
Woodland Hills, CA 91367

Unique Funding Solutions
1672 E. 22nd St.
Brooklyn, NY 11229

Horner Law Group
80 S. Broadway, Ste. 200
Walnut Creek, CA 94596

Vachik Sarkissian
917 Stanley Ave.
Los Altos, CA 94024

Johanna Fogl
7 Fogl Ct.
Redwood City, CA 94061

Verse Two Properties, LLC
PO Box 2126
Saratoga, CA 95070

John Hondagneau
1023 Fulton Street
Redwood City, CA 94061

WG Fund
1969 Rutgers University Boulevard
Lakewood, NJ 08701

</div>

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this was executed on November 18, 2021, at San Jose, California.

                                                     */S/ BENJAMIN R. LEVINSON*
                                                   BENJAMIN R. LEVINSON

---

4

CERTIFICATE OF SERVICE BY FIRST CLASS MAIL OF MOTION FOR ORDER TERMINATING AUTOMATIC STAY OR REQUIRING ADEQUATE PROTECTION