**Fill in this information to identify the case:**

Debtor name: **Dutchints Development LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known): **21-51255**

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration  **- Corporate Ownership Statement (Rule 7007.1)**
  **- List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 30, 2021**      X **/s/ Vahe Tashjian**
Signature of individual signing on behalf of debtor

**Vahe Tashjian**
Printed name

**Managing Director**
Position or relationship to debtor

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Republic Bank (Currently under bank levy) | Checking | 6637 | $7,820.48 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | **$7,820.48**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security Deposit to Verse 2 as Lessor of 10100 Bubb Road, Cupertino, Ca | $400,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.** | **$400,000.00**
   Add lines 7 through 8. Copy the total to line 81.

Debtor  **Dutchints Development LLC**            Case number *(If known)* **21-51255**
　　　　　Name

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

- ■ No. Go to Part 4.
- ☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1226 Phyllis Ave Mountain View, CA 94040** | **Fee simple (10% Interest)** | **$285,000.00** | **Appraisal** | **$285,000.00** |

| | | | | | |
|---|---|---|---|---|---|
| 55.2. | **10100 Bubb Road, Cupertino, California** | **Possessory Interest** | $0.00 | | Unknown |

56.  **Total of Part 9.**   $285,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
  ■ No
  ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

Part 10:   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ■ No.  Go to Part 11.
  ☐ Yes Fill in the information below.

Part 11:   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.  Go to Part 12.
  ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Bell Investments v. Dutchints Development LLC - Case 20CV375154** | Unknown |
| | Nature of claim  **Counterclaim** | |
| | Amount requested  $1,700,000.00 | |
| | **Ettenger v. Dutchints Development, LLC** | Unknown |
| | Nature of claim  **Counter-claim** | |
| | Amount requested  $37,500.00 | |
| | **Bocek, et al v. Dutchints Development, LLC** | Unknown |
| | Nature of claim  **Counter-claim** | |
| | Amount requested  $6,500,000.00 | |

| | | |
|---|---|---:|
| **Kutcher v. Javid, Dutchints Development, LLC - 20CV369499** | | Unknown |
| Nature of claim | **Crossclaim** | |
| Amount requested | $1,682,000.00 | |

| | | |
|---|---|---:|
| **Ettenger v. Dutchints - Case number 20CV369379** | | Unknown |
| Nature of claim | **Counterclaim - Usurious Interest** | |
| Amount requested | $37,500.00 | |

| | | |
|---|---|---:|
| **Dutchints Development LLC v. Bocek - Case number 20CV374112** | | Unknown |
| Nature of claim | **Legal claim** | |
| Amount requested | $500,000.00 | |

| | | |
|---|---|---:|
| **Dutchints Development, LLC v. Hoppan - Case number 20CV372330** | | Unknown |
| Nature of claim | **Legal claim** | |
| Amount requested | $100,000.00 | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | |
|---|---|---:|
| **Claim against ECR 5150** | | Unknown |
| Nature of claim | **Management fees and Property Management Fees** | |
| Amount requested | $630,000.00 | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                                           $0.00

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **Dutchints Development LLC**  Case number *(If known)* 21-51255
        Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,820.48 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $400,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $285,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $407,820.48 | + 91b.  $285,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $692,820.48 |

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**California Franchise Tax Board**<br>**PO Box 942857**<br>**Sacramento, CA 94257-0531**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Property tax debt - Post-Sale Supplemental Taxes**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | | **$7,517.54** | **Unknown** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Aladjian/Vardanyan**<br>**% Avetis Vardanyan**<br>**12922 Strathern Street**<br>**North Hollywood, Ca 91605**<br>Date(s) debt was incurred **2/10/2020**<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business loan**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | | **$70,000.00** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**All Shore Capital**<br>**333 Pearsall Ave**<br>**Cedarhurst, NY 11516**<br>Date(s) debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Cash advance**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | | **$10,000.00** |

| Debtor | Dutchints Development LLC | Case number (if known) | 21-51255 |
|---|---|---|---|

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Amir Electric**<br>**237 Marianna Way**<br>**Campbell, Ca 95008** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,300.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Trade Debt - Construction In Progress (Bubb Rd)**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Bnusiness Funding Source**<br>**27702 Crown Valley Pkwy D4-179**<br>**Ladera Ranch, Ca 92694** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Cash advance**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Catherine Hung**<br>**102 Granada Drive**<br>**Mountain View, CA 94043** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | $100,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Pending lawsuit**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Cathy Ettenger**<br>**PO Box 7080**<br>**San Carlos, CA 94070** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | $168,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Pending lawsuit**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>**CBS Finance**<br>**35453B Dumbarton Ct.**<br>**Newark, Ca 94560** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500,000.00 |
| | Date(s) debt was incurred **01/15/2020**<br>Last 4 digits of account number __ | Basis for the claim: **Business loan**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Clearfund**<br>**99 Wall Street**<br>**Ste 2613**<br>**New York, NY 10005** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Cash advance**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Cogenta Communications**<br>**8 Hillcroft Way**<br>**Walnut Creek, Ca 94597** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,042.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Trade Debt - Communications Work**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Dutchints Development LLC | Case number (if known) | 21-51255 |
|---|---|---|---|

### 3.10
**Nonpriority creditor's name and mailing address**
Coren LLC
953 Colonial Lane
Palo Alto, Ca 94303

Date(s) debt was incurred  02/24/2020
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business loan

Is the claim subject to offset? ■ No ☐ Yes

**$400,000.00**

---

### 3.11
**Nonpriority creditor's name and mailing address**
Cornerstone Environmental Contractors, I
PO Box 5127, Cocord, CA 94524
Concord, Ca 94524

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt - Construction (Bubb Rd)

Is the claim subject to offset? ■ No ☐ Yes

**$3,344.00**

---

### 3.12
**Nonpriority creditor's name and mailing address**
Cortron System, Inc.
1035 Minnesota Ave., Ste D
San Jose, Ca 95125

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,920.60**

---

### 3.13
**Nonpriority creditor's name and mailing address**
Cruzon Consulting
3601 Affirmed Way
Carmichael, Ca 95608

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$11,100.00**

---

### 3.14
**Nonpriority creditor's name and mailing address**
Crystal Springs Capital

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Cash advance

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

### 3.15
**Nonpriority creditor's name and mailing address**
Davidovich Stein Law Group
6442 Coldwater Canyon Ave, Ste 209
North Hollywood, Ca 91606

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt - Legal Services

Is the claim subject to offset? ■ No ☐ Yes

**$4,062.00**

---

### 3.16
**Nonpriority creditor's name and mailing address**
Don Henry
Village Partners, Inc
4340 Von Karman Ave., Ste 140
Newport Beach, Ca 92660-1201

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt - Business Development

Is the claim subject to offset? ■ No ☐ Yes

**$77,615.98**

| Debtor | **Dutchints Development LLC** | Case number (if known) | **21-51255** |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Eden Landscape Management**<br>**13295 Berwick St**<br>**Saratoga, Ca 95070**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt - Landscaping**<br>Is the claim subject to offset? ■ No ☐ Yes | $12,182.00 |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Farshid Sabet & Badi Enayati**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Pending lawsuit**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,780,000.00 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Fred Kurland**<br>**4213 Los Palos Ave.**<br>**Palo Alto, Ca 94306**<br><br>Date(s) debt was incurred **08/31/2018, 01/15/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business loan**<br>Is the claim subject to offset? ■ No ☐ Yes | $850,000.00 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Gagen McCoy**<br>**630 San Ramon Valley Blvd**<br>**Suite #100**<br>**POB 218**<br>**Danville, Ca 94526-0218**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt - Legal Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $24,769.96 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Harout Tanchian**<br>**6255 Canoga Ave. #14**<br>**Woodland Hills, Ca 91367**<br><br>Date(s) debt was incurred **01/19/2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business loan**<br>Is the claim subject to offset? ■ No ☐ Yes | $100,000.00 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Horner Law Group**<br>**80 S Broadway, Ste 200**<br>**Walnut Creek, CA 94596**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt - Legal Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $107,058.40 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Inikosoft Design Inc.**<br>**15495 Los Gatos Blvd., Ste 4**<br>**Los Gatos, CA 95032**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt - Website Development**<br>Is the claim subject to offset? ■ No ☐ Yes | $6,017.00 |

| 3.24 | **Nonpriority creditor's name and mailing address**<br>Johanna Fogl<br>7 Fogl Ct.<br>Redwood City, Ca 94061<br><br>Date(s) debt was incurred  03/12/2020<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Business loan<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $300,000.00 |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>John Hondagneau<br>1023 Fulton Street<br>Redwood City, Ca 94061<br><br>Date(s) debt was incurred  11/18/2019, 11/20/2019, 11/21/2019<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Business loan<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $850,000.00 |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>Law Offices of Curtis W Herron<br>212 Main St., Ste 4<br>Los Gatos, CA 90740<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Debt - Legal Services<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $3,385.00 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>MGO<br>PO Box 7709<br>San Francisco, CA 94120<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Debt - Accounting<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $9,900.00 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>Mousseau/Carvahlo<br>% Charles Mousseau<br>987 Loa Verde Ave.<br>Palo Alto, Ca 94303<br><br>Date(s) debt was incurred  11/14/2019, 01/30/2020, 02/14/2020<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Business loan<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $1,400,000.00 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>Orange Coast Title Company of NorthernCA<br>c/o Valerie J. Schratz, Esq.<br>Hall Griffin LLP<br>1851 E. First St., 10th Floor<br>Santa Ana, CA 92705<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $0.00 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>Panthers Capital<br>1010 Broadway Suite 104<br>Woodmere, NY 11598<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Cash advance<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $75,000.00 |

Case: 21-51255    Doc# 66    Filed: 11/30/21    Entered: 11/30/21 09:44:46    Page 11 of 17

| Debtor | Dutchints Development LLC | Case number (if known) | 21-51255 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Patagonia Landscaping**<br>**519 Catherdral Drive**<br>**Aptos, CA 95003**<br><br>Date(s) debt was incurred ⎯<br>Last 4 digits of account number ⎯ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt - Landscaping<br><br>Is the claim subject to offset? ■ No ☐ Yes | $650.00 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Paul Harms**<br>**805 Concorde Circle, #1205**<br>**Linthicum Heights, MD 21090**<br><br>Date(s) debt was incurred ⎯<br>Last 4 digits of account number ⎯ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Pending lawsuit<br><br>Is the claim subject to offset? ■ No ☐ Yes | $300,000.00 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Pfendt Survivors Trust**<br>**1101 Suffolk Ct.**<br>**Los Altos, Ca 94024**<br><br>Date(s) debt was incurred  12/23/2019<br>Last 4 digits of account number ⎯ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business loan<br><br>Is the claim subject to offset? ■ No ☐ Yes | $200,000.00 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Rajiv Arora**<br>**206 Mission tierra Place**<br>**Fremont, Ca 94539**<br><br>Date(s) debt was incurred  08/02/2019<br>Last 4 digits of account number ⎯ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business loan<br><br>Is the claim subject to offset? ■ No ☐ Yes | $500,000.00 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Rajiv Guliani**<br>**630 Enos Street**<br>**Fremont, Ca 94539**<br><br>Date(s) debt was incurred  02/14/2020<br>Last 4 digits of account number ⎯ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business loan<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,000,000.00 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Reliable Property Management**<br>**1650 Zanker Rd., #100**<br>**San Jose, CA 95112**<br><br>Date(s) debt was incurred ⎯<br>Last 4 digits of account number ⎯ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt (Bubb Rd)<br><br>Is the claim subject to offset? ■ No ☐ Yes | $70,996.67 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**San Jose Water Company**<br>**110 W Taylor St**<br>**San Jose, CA 95110**<br><br>Date(s) debt was incurred ⎯<br>Last 4 digits of account number ⎯ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Utility debt (Bubb Rd)<br><br>Is the claim subject to offset? ■ No ☐ Yes | $143.38 |

| | | |
|---|---|---|
| Debtor | **Dutchints Development LLC** | Case number (if known) **21-51255** |
| | Name | |

| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Sandra Clow**<br>**425 Hillwood Ct**<br>**Mountain View, CA 94040** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | $325,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Pending lawsuit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address**<br>**SCC DTAC**<br>**PO Box 60534**<br>**City of Industry, CA 91716-0534** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $532.67 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Property tax debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**State Compensation Insurance Fund**<br>**PO Box 7441**<br>**San Francisco, CA 94120-7441** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,467.33 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Unemployment Insurance__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address**<br>**STOEV**<br>**30 Caledonia St., Ste 4**<br>**Saucalito, CA 94965** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,933.60 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Construction debt (Bubb Rd)__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Structure Law Group, LLP**<br>**1754 Technology Drive, Ste 135**<br>**San Jose, CA 95110** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,927.04 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Legal Fees__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Troy Underwood**<br>**435 Sheridan Avenue**<br>**Suite 301**<br>**Palo Alto, Ca 94306** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __10/14/2019__ | **Basis for the claim:** __Business loan__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Unique Funding Solutions**<br>**1672 E 22nd St**<br>**Brooklyn, NY 11229** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Cash advance__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| Debtor | **Dutchints Development LLC**<br>Name | Case number (if known) 21-51255 |

| 3.45 | **Nonpriority creditor's name and mailing address**<br>Vachik Sarkissian<br>917 Stanley Ave<br>Los Altos, Ca 94024 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred  09/20/2019 | **Basis for the claim:** Business loan | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address**<br>Vahe Baronian<br>250 Silvia Ct.<br>Los Altos, Ca 94024 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred  _ | **Basis for the claim:** Business loan | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address**<br>Vahe Tashjian<br>901 Loyola Drive<br>Los Altos, CA 94024 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28,445.00 |
|---|---|---|---|
| | Date(s) debt was incurred  _ | **Basis for the claim:** Capital Contributions | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address**<br>Verse Two Properties, LLC<br>% St. James Law, P.C.<br>22 Battery St, Ste 810<br>San Francisco, CA 94111 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred  _ | **Basis for the claim:** Notice only | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address**<br>Verse Two Properties, LLC<br>PO Box 2126<br>Saratoga, CA 95070 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $372,790.76 |
|---|---|---|---|
| | Date(s) debt was incurred  _ | **Basis for the claim:** Lease Arrears | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address**<br>Village Partners Inc.<br>4340 Von Karman Ave, Ste 200<br>Newport Beach, CA 92660 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,019.94 |
|---|---|---|---|
| | Date(s) debt was incurred  _ | **Basis for the claim:** Trade Debt - Services | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address**<br>West Coast Business Capital<br>21606 Devonshire Stree<br>Suite 4149<br>Chatsworth, Ca 91311 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75,400.00 |
|---|---|---|---|
| | Date(s) debt was incurred  _ | **Basis for the claim:** Cash advance | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Dutchints Development LLC** | Case number (if known) | 21-51255 |
|---|---|---|---|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200,000.00** |
|---|---|---|---|
| | **WG Fund** <br> **1969 Rutgers University boulevard** <br> **Lakewood, NJ 08701** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Cash advance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |
|---|---|---|---|
| | **William Hezmalhalch Architects, Inc.** <br> **5000 Executive Pkwy Suite 375** <br> **San Ramon, CA 94583** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Trade Debt - Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **West Coast Business Capital** <br> **116 Nassau St., Ste 804** <br> **New York, NY 10038** | Line 3.51 <br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **WG Fund LLC** <br> **101 Chase Ave., Ste 207-208** <br> **Lakewood, NJ 08701** | Line 3.52 <br> ☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 7,517.54 |
| **5b. Total claims from Part 2** | 5b. + | $ | 10,892,003.33 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 10,899,520.87 |

# United States Bankruptcy Court
## Northern District of California

| | | |
|---|---|---|
| In re **Dutchints Development LLC** | Case No. | **21-51255** |
| Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **T Fund LLC**<br>% Vahe Tashjian<br>24925 Oneonta Dr<br>Los Altos, CA 94022 | | .01 % | Membership |
| **Vahe S. Tashjian 2018 Living Trust**<br>Attn: Vahe S Tashjian, Trustee<br>24925 Oneonta Dr<br>Los Altos, CA 94022 | | 99.99 % | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 30, 2021**     Signature **/s/ Vahe Tashjian**
                                         **Vahe Tashjian**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re **Dutchints Development LLC**　　　　　Case No. **21-51255**
　　　　　　　　　　　　Debtor(s)　　　　　　Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1) - AMENDED

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Dutchints Development LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Vahe S. Tashjian 2018 Living Trust**
**Attn: Vahe S Tashjian, Trustee**
**24925 Oneonta Dr**
**Los Altos, CA 94022**

☐ None [*Check if applicable*]

| | |
|---|---|
| **November 30, 2021** | **/s/ Geoffrey E. Wiggs** |
| Date | **Geoffrey E. Wiggs** |
| | Signature of Attorney or Litigant |
| | Counsel for **Dutchints Development LLC** |
| | **Law Offices of Geoff Wiggs** |
| | **1900 S. Norfolk St, Suite 350** |
| | **San Mateo, CA 94403-1171** |
| | **650-577-5952 Fax:650-577-5953** |
| | **Geoff@wiggslaw.com** |