Entered on Docket
December 08, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Meagen E. Leary (SBN: 233103)
Marcus O. Colabianchi (SBN: 208698)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Movant,
5150 ECR LOS ALTOS, LLC

The following constitutes the order of the Court.
Signed: December 8, 2021

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DUTCHINTS DEVELOPMENT LLC,<br><br>Debtor. | Case No. 21-51255 MEH<br><br>Chapter 11<br><br>R.S. No. DM-1<br><br>Date:   December 3, 2021<br>Time:  10:00 a.m.<br>Place:  Via Teleconference |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The hearing on 5150 ECR Los Altos LLC's ("Movant") Motion for Relief from the Automatic Stay ("Motion") came for hearing before The Honorable M. Elaine Hammond on the date and time set forth above. Geoffrey A. Heaton, Duane Morris LLP, appeared on behalf of Movant. Geoff Wiggs, Law Office of Geoff Wiggs, appeared on behalf of debtor Dutchints Development LLC ("Debtor"). Other appearances were as noted on the record. The Court having reviewed the Motion and supporting pleadings, and for the reasons set forth on the record,

**IT IS HEREBY ORDERED:**

1. The Motion is granted;

2. The automatic stay of 11 U.S.C. § 362 is hereby terminated to permit both Movant and Kevin Singer ("Receiver"), the receiver appointed in <u>5150 ECR Los Altos, LLC v. 5150 ECR Group LLC</u>, Case No. 21CV378563, Santa Clara Superior Court, relief from the automatic stay to exercise any and all rights and remedies available under applicable law to (i) remove and dispose of any personal property of the Debtor located at the real property commonly known as 5150 El Camino Real, Los Altos, California ("Property"); (ii) obtain restitution and possession of the Property; and (iii) remove the Debtor, and anyone acting on the Debtor's behalf or otherwise affiliated with the Debtor, from the Property.

3. This Order is binding and effective despite any conversion of this bankruptcy case.

4. The fourteen (14) day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is not waived so that Debtor and its principal can remove the Debtor's personal property from the Property during the 14-day stay period. The Debtor shall provide at least 24 hours advance notice to the Receiver (kevin@receivershipspecialists.com) and his counsel (balsbrook@ecjlaw.com) by email before accessing the Property during the 14-day stay period.

\* \* \* END OF ORDER \* \* \*

## COURT SERVICE LIST

Matthew Rothchild
280 18th Avenue
San Francisco, CA 94121

Dutchints Development LLC
5150 El Camino Real E20
Los Altos, CA 94022

[All other parties entitled to service are ECF registered in this case.]