The following constitutes the order of the Court.
Signed: December 10, 2021

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

BENJAMIN R. LEVINSON-SBN 116675
LAW OFFICE OF BENJAMIN R. LEVINSON
A Professional Corporation
4340 Stevens Creek Blvd., Suite 199
San Jose, CA 95129
Telephone: (408) 866-2999
Facsimile: (408) 866-2992
E-Mail: ben@benlevinsonlaw.com

Attorney for Secured Creditors Behrooz R. Shahab and
Laurie A. Shahab, Trustees of The Shahab Family
Revocable Trust, Dated 7/31/2000, Gregory Galen Lin,
and Stephen E. Fournier, Trustee Fournier Tax Consulting 401K

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

In re:

DUTCHINTS DEVELOPMENT, LLC,

Debtor.
_____/

Case No. 21-51255-MEH

Chapter 11

RS No. BRL-355

ORDER TERMINATING AUTOMATIC STAY

DATE: December 10, 2021
TIME: 10:00 a.m.
DEPT: **Via Video/Teleconference**

Creditors Behrooz R. Shahab and Laurie A. Shahab, Trustees of The Shahab Family Revocable Trust, Dated 7/31/2000, Gregory Galen Lin, and Stephen E. Fournier, Trustee Fournier Tax Consulting 401K (hereinafter "Secured Creditors") having filed a Motion For Order Terminating Stay or Granting Adequate Protection, and the Motion having been set for hearing before this Court on December 10, 2021; Geoffrey Wiggs appearing on behalf of the Debtor and Benjamin R. Levinson appearing on behalf of Secured Creditors; and other appearances noted on the record; and the court reviewing the evidence and finding that grounds exist to make the following Order based on reasons set forth by the Court on the

1

record;

1. IT IS HEREBY ORDERED that the automatic stay pursuant to 11 U.S.C. Section 362(a) is terminated upon entry of this Order as to Debtor's interest with respect to the real property commonly known as 1226 Phyllis Avenue, Mountain View, California, 94040, APN #193-11-042 (the "Property") which has a legal attached to the deed of trust of Secured Creditors and the Secured Creditors or their assigns or successors are hereby authorized and permitted, at their convenience and without further order of this Court, to exercise the rights provided by the laws of the State of California and by the terms and conditions of their promissory note and Deed of Trust including, but not limited to, beginning, continuing or completing foreclosure under their Deed of Trust.

2. IT IS FURTHER ORDERED that the automatic stay as it pertains to Secured Creditors' interest in the Property shall be and is terminated and vacated for all their foreclosure remedies, without the requirement of further notice or publication, except as may be required by state law.

3. IT IS FURTHER ORDERED that subsequent to any foreclosure sale or trustee's sale taking place, the automatic stay is terminated to allow the purchaser at any foreclosure sale or trustee's sale to obtain possession of the Property from Debtor.

4. IT IS FURTHER ORDERED that the fourteen day stay period after entry of the Order under Bankruptcy Rule 4001(a)(3) is **not** waived.

APPROVED AS TO FORM.

_____   Date: 12/10/2021
Geoffrey Wiggs, Attorney for Debtor

***END OF ORDER***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | ALL SERVED BY ECF |
| 4 | |
| 5 | Madeleine Tashjian<br>1226 Phyllis Avenue<br>Mountain View, CA 94040 |