GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
Dutchints Development LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

In re:                                            ) Case No. 21-51255
                                                  )
   **DUTCHINTS DEVELOPMENT LLC**,   ) Chapter 11
                                                  )
                  Debtor.       ) **NOTICE OF HEARING**
                                                  )
                                                  )
                                                  )

     PLEASE TAKE NOTICE that a hearing will be held at 10:00 a.m. on January 13, 2022, at which time the Court will consider the Motion to Withdraw as Attorney of Record.

     By this Motion, pursuant to Civil L.R. 11-5 applicable through Bankr. L.R. 1001-2(a) and Bankr. L.R. 9014-1, Debtor's attorney seeks Bankruptcy Court approval permitting attorney Geoffrey E. Wiggs, to withdraw as attorney of record.

     Debtor's motion is based upon this Notice of Hearing, the Motion, Declaration of Attorney Geoffrey E. Wiggs, and other such argument, authority and evidence as may be presented at the hearing.

     Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court of California prescribes the procedures to be followed. Opposition, if any, shall be in writing and shall be served by the responding party on Debtor's counsel at the name and address in the upper left corner of this Notice and filed by the responding party with the Clerk of the Bankruptcy Court not less than seven (7) days prior to the scheduled hearing date. Failure to timely file and serve written opposition may be deemed a waiver of any opposition to the granting of Debtor's

Motion. In the absence of opposition, Debtor's Application to withdraw as attorney of record can be granted without oral argument.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

oo0oo

Dated: December 10, 2021            Respectfully Submitted,

/s/ *Geoffrey E. Wiggs*
Geoffrey E. Wiggs
Attorney for Debtor