GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

[Proposed] Attorney for Debtor
Dutchints Development LLC

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

In re                                             ) Case No. 21-51255-MEH
                                                  )
**Dutchints Development LLC**,                    ) Chapter 11
                                                  )
            Debtor.                               ) **CERTIFICATE OF SERVICE**
                                                  )
                                                  )
                                                  )
                                                  )
                                                  )
                                                  )

I, the undersigned, state that I am employed in the City of San Mateo, County of San Mateo, in the State of California; that I am over the age of eighteen years and not a party to the within action; that my business address is 1900 S. Norfolk St., Ste 350, San Mateo, Ca 94403. On the date hereon, I served the foregoing documents described as:

1. **MOTION TO WITHDRAW AS ATTORNEY OF RECORD;**
2. **NOTICE OF HEARING;**
3. **DECLARATION OF ATTORNEY GEOFFREY E. WIGGS IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD; and**
4. **CERTIFICATE OF SERVICE.**

in the manner indicated below:

**US Mail [C.C.P. 1013(a)]**: I am readily familiar with the firm's business practices for collection and processing of correspondence for mailing with the United States Postal Service. The addressee(s) shown above is (are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at 1900 S. Norfolk Street, Suite 350, San Mateo, California. The envelope was sealed and placed for collection and mailing with first-class postage on the below date following ordinary business practices

1

to the addresses listed on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 10, 2021 in San Mateo, California.

*/s/ Geoffrey E. Wiggs*
Geoffrey E. Wiggs

5150 ECR Los Altos LLC c/o Duane Morris
Attn: Meagen Leary, Marcus Colabianchi
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127

Aladjian/Vardanyan
% Avetis Vardanyan
12922 Strathern Street
North Hollywood, Ca 91605

All Shore Capital
333 Pearsall Ave
Cedarhurst, NY 11516

Amir Electric
237 Marianna Way
Campbell, Ca 95008

Behrooz & Laurie Shahab, Ttees Shahab Fa
%Law Office of Benjamin R Levinson, APC
4340 Stevens Creek Blvd, Ste 199
San Jose, Ca 95129

Behrooz & Laurie Shahab, Ttees Shahab Fa
% FCI Lender Services, Inc
PO Box 27370
Anaheim, Ca 92809-0112

Bnusiness Funding Source
27702 Crown Valley Pkwy D4-179
Ladera Ranch, Ca 92694

Brent Roles
2559 Butch Dr
Gilroy, CA 95020

California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531

California TD Specialists
8190 East Kaiser Blvd
Anaheim Hills, Ca 92808

Catherine Hung
102 Granada Drive
Mountain View, CA 94043

Cathy Ettenger
PO Box 7080
San Carlos, CA 94070

Cathy Ettenger
581 Bridgeport Terrace
Sunnyvale, CA 94087

CBS Finance
35453B Dumbarton Ct.
Newark, Ca 94560

Clearfund
99 Wall Street
Ste 2613
New York, NY 10005

Cogenta Communications
8 Hillcroft Way
Walnut Creek, Ca 94597

Coren LLC
953 Colonial Lane
Palo Alto, Ca 94303

Cornerstone Environmental Contractors,
PO Box 5127, Cocord, CA 94524
Concord, Ca 94524

Cortron System, Inc.
1035 Minnesota Ave., Ste D
San Jose, Ca 95125

Cruzon Consulting
3601 Affirmed Way
Carmichael, Ca 95608

Crystal Springs Capital


Davidovich Stein Law Group
6442 Coldwater Canyon Ave, Ste 209
North Hollywood, Ca 91606

Don Henry
Village Partners, Inc
4340 Von Karman Ave., Ste 140
Newport Beach, Ca 92660-1201

Eden Landscape Management
13295 Berwick St
Saratoga, Ca 95070

Eric Kutcher and Lauren Kutcher
% MEYLAN DAVITT JAIN AREVIAN & KIM LLP
444 S. Flower Street, Suite 1850
Los Angeles, Ca 90071

Farshid Sabet & Badi Enayati

FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809-0112

Fred Kurland
4213 Los Palos Ave.
Palo Alto, Ca 94306

Gagen McCoy
630 San Ramon Valley Blvd
Suite #100
POB 218
Danville, Ca 94526-0218

Gary & Judy Laine
jlaine@ix.netcom.com
glainephotos@gmail.com

Gregory Galen Lin
%Law Office of Benjamin R Levinson, APC
4340 Stevens Creek Blvd, Ste 199
San Jose, Ca 95129


Gregory Galen Lin
% FCI Lender Services, Inc
PO Box 27370
Anaheim, Ca 92809-0112

Hamilton Ridge Capital
111 N Market St., Ste 300
San Jose, CA 95113

Harout Tanchian
250 174th St, #2201
SUNNY ISLES BEACH, FL 33160

Horner Law Group
80 S Broadway, Ste 200
Walnut Creek, CA 94596

Inikosoft Design Inc.
15495 Los Gatos Blvd., Ste 4
Los Gatos, CA 95032

Johanna Fogl
7 Fogl Ct.
Redwood City, Ca 94061

John Hondagneau
1023 Fulton Street
Redwood City, Ca 94061

Kevin Singer, State Court Receiver
c/o Byron Z. Moldo
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212

Law Office of Benjamin R. Levinson
4340 Stevens Creek Blvd, Ste 199
San Jose, CA 95129

Law Offices of Curtis W Herron
212 Main St., Ste 4
Los Gatos, CA 90740

Mark Yazdani
Bell Investment Partners LLC
171 M<ain St., Ste 737
Los Altos, CA 94022


MGO
PO Box 7709
San Francisco, CA 94120

Mousseau/Carvahlo
% Charles Mousseau
987 Loa Verde Ave.
Palo Alto, Ca 94303

Office of the U.S. Trustee
Attn: Elvina Rofael
450 Golden Gate Avenue
5th Flr, Ste 05-0153
San Francisco, CA 94102

Orange Coast Title Company of
NorthernCA c/o Valerie J. Schratz,
Esq.
Hall Griffin LLP
1851 E. First St., 10th Floor
Santa Ana, CA 92705

Panthers Capital
1010 Broadway Suite 104
Woodmere, NY 11598

Patagonia Landscaping
519 Catherdral Drive
Aptos, CA 95003

Paul Harms
805 Concorde Circle, #1205
Linthicum Heights, MD 21090

Pfendt Survivors Trust
1101 Suffolk Ct.
Los Altos, Ca 94024

Rajiv Arora
206 Mission tierra Place
Fremont, Ca 94539

Rajiv Guliani
630 Enos Street
Fremont, Ca 94539


Reliable Property Management
1650 Zanker Rd., #100
San Jose, CA 95112

San Jose Water Company
110 W Taylor St
San Jose, CA 95110

Sandra Clow
425 Hillwood Ct
Mountain View, CA 94040

SCC DTAC
PO Box 60534
City of Industry, CA 91716-0534

State Compensation Insurance Fund
PO Box 7441
San Francisco, CA 94120-7441

Stephen E. Fournier, TTee Fournier Tax 4
%Law Office of Benjamin R Levinson, APC
4340 Stevens Creek Blvd, Ste 199
San Jose, Ca 95129

Stephen E. Fournier, TTee Fournier Tax 4
% FCI Lender Services, Inc
PO Box 27370
Anaheim, Ca 92809-0112

STOEV
30 Caledonia St., Ste 4
Saucalito, CA 94965

Structure Law Group, LLP
1754 Technology Drive, Ste 135
San Jose, CA 95110

Troy H. Sloane, Vincent J. Davitt
Anita Jain
MEYLAN DAVITT JAIN AREVIAN & KIM LLP
444 S. Flower St., Ste. 1850
Los Angeles, CA 90071


Troy Underwood
435 Sheridan Avenue
Suite 301
Palo Alto, Ca 94306

Unique Funding Solutions
1672 E 22nd St
Brooklyn, NY 11229

Vachik Sarkissian
917 Stanley Ave
Los Altos, Ca 94024

Vahe Baronian
250 Silvia Ct.
Los Altos, Ca 94024

Vahe Tashjian
901 Loyola Drive
Los Altos, CA 94024

Verse Two Properties, LLC
% St. James Law, P.C.
22 Battery St, Ste 810
San Francisco, CA 94111

Verse Two Properties, LLC
PO Box 2126
Saratoga, CA 95070

Verse Two Properties, LLC
% Michael St. James
St. James Law, P.C.
22 Battery St., Ste 810
San Francisco, Ca 94111

Village Partners Inc.
4340 Von Karman Ave, Ste 200
Newport Beach, CA 92660

West Coast Business Capital
21606 Devonshire Stree
Suite 4149
Chatsworth, Ca 91311

West Coast Business Capital
116 Nassau St., Ste 804
New York, NY 10038

WG Fund
1969 Rutgers University boulevard
Lakewood, NJ 08701

WG Fund LLC
101 Chase Ave., Ste 207-208
Lakewood, NJ 08701

William Hezmalhalch Architects, Inc.
5000 Executive Pkwy Suite 375
San Ramon, CA 94583