Leonard M. Shulman – Bar No. 126349
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com

Proposed Counsel for the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| In re | Case No. 21-51255 |
|---|---|
| **DUTCHINTS DEVELOPMENT LLC,** | Chapter 11 |
| Debtor. | **NOTICE OF HEARING ON THE:** |
| | **(1) MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER CONVERTING DEBTOR'S CHAPTER 11 CASE TO CHAPTER 7; AND** |
| | **(2) MOTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY SHULMAN BASTIAN FRIEDMAN & BUI LLP AS GENERAL COUNSEL** |
| | Hearing<br>Date: January 13, 2022<br>Time: 10:00 a.m.<br>Place: Telephone/Videoconference |
| | Judge: M. Elaine Hammond |

TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR AND ITS COUNSEL AND ALL INTERESTED PARTIES:

**NOTICE IS GIVEN** that on **January 13, 2022 at 10:00 a.m.**, before the Honorable M. Elaine Hammond, United States Bankruptcy Judge, a hearing will be held on the following Motions

(collectively the "Motions"): (1) Motion of the Official Committee of Unsecured Creditors for Order Converting Debtor's Chapter 11 Case to Chapter 7 ("Convert Motion"); and (2) Motion by the Official Committee of Unsecured Creditors to Employ Shulman Bastian Friedman & Bui LLP as General Counsel ("Employment Motion"). Copies of the Motions and supporting documents are enclosed with this Notice.

In support of the Convert Motion, the Committee relies upon the Declaration of James Payne filed concurrently in support of the Convert Motion, as well as all the other moving documents and exhibits filed in support of the Convert Motion and on file in this Chapter 11 case.

In support of the Employment Motion, the Committee relies upon the Declaration of Leonard M. Shulman filed concurrently in support of the Employment Motion, as well as all the other moving documents and exhibits filed in support of the Employment Motion and on file in this Chapter 11 case.

**NOTICE IS FURTHER GIVEN** that your rights may be affected. You should read the enclosed papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**NOTICE IS FURTHER GIVEN** that any opposition to the Motions shall be filed with the Bankruptcy Court and served on the Committee c/o Shulman Bastian Friedman & Bui LLP to the attention of Leonard M. Shulman, Esq. at the address indicated in the upper left-hand corner of this Notice, and any other party requiring service, at least 14 days prior to the scheduled hearing date.

**NOTICE IS FURTHER GIVEN** that unless the Debtor or Debtor's counsel appears in opposition to the Motion, the Motion may be granted without further hearing.

///

///

///

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Case: 21-51255   Doc# 80   Filed: 12/14/21   Entered: 12/14/21 17:28:11   Page 2 of 4

2

The hearing will not be conducted in the presiding Judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

DATED: December 14, 2021  By:  */s/ Leonard M. Shulman*
Leonard M. Shulman
Proposed Counsel for the Official Committee of Unsecured Creditors

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Case: 21-51255    Doc# 80    Filed: 12/14/21    Entered: 12/14/21 17:28:11    Page 3 of 4

3