Leonard M. Shulman – Bar No. 126349
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com

Proposed Counsel for the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>**DUTCHINTS DEVELOPMENT LLC,**<br><br>                Debtor. | Case No. 21-51255<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE RE:**<br><br>**(1) NOTICE OF HEARING ON THE: (1) MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER CONVERTING DEBTOR'S CHAPTER 11 CASE TO CHAPTER 7; AND (2) MOTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY SHULMAN BASTIAN FRIEDMAN & BUI LLP AS GENERAL COUNSEL;**<br><br>**(2) MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER CONVERTING DEBTOR'S CHAPTER 11 CASE TO CHAPTER 7; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**<br><br>**(3) DECLARATION OF JAMES PAYNE IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER CONVERTING DEBTOR'S CHAPTER 11 CASE TO CHAPTER 7;**<br><br>**(4) MOTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY SHULMAN BASTIAN FRIEDMAN & BUI LLP AS GENERAL COUNSEL; AND**<br><br>**(5) DECLARATION OF LEONARD M. SHULMAN IN SUPPORT OF THE MOTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY SHULMAN BASTIAN FRIEDMAN & BUI LLP AS GENERAL COUNSEL**<br><br>Date: January 13, 2022<br>Time: 10:00 a.m.<br>Place: Telephone/Videoconference<br><br>Judge: M. Elaine Hammond |

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Case: 21-51255    Doc# 81    Filed: 12/14/21    Entered: 12/14/21 17:30:28    Page 1 of 8

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

On **December 14, 2021**, I served true copies of the following document(s) described as:

**NOTICE OF HEARING ON THE: (1) MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER CONVERTING DEBTOR'S CHAPTER 11 CASE TO CHAPTER 7; AND (2) MOTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY SHULMAN BASTIAN FRIEDMAN & BUI LLP AS GENERAL COUNSEL**

**MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER CONVERTING DEBTOR'S CHAPTER 11 CASE TO CHAPTER 7; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF JAMES PAYNE IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER CONVERTING DEBTOR'S CHAPTER 11 CASE TO CHAPTER 7**

**MOTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY SHULMAN BASTIAN FRIEDMAN & BUI LLP AS GENERAL COUNSEL**

**DECLARATION OF LEONARD M. SHULMAN IN SUPPORT OF THE MOTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY SHULMAN BASTIAN FRIEDMAN & BUI LLP AS GENERAL COUNSEL**

in the manner and on the interested parties in this action, as follows:

X   **BY NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document(s) will be served by the court via NEF and hyperlink to the document. On (*date*) **December 14, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses listed in the Service List below.

X   **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Shulman Bastian Friedman & Bui LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Irvine, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 14, 2021**, at Irvine, California.

*/s/ Erlanna Lohayza*
Erlanna Lohayza

# SERVICE LIST

**VIA NEF**

- **Request for Notice for 5150 ECR Los Altos, LLC**: Marcus O. Colabianchi   mcolabianchi@duanemorris.com, dmicros@duanemorris.com
- **Request for Notice for 5150 ECR Los Altos, LLC**: Geoffrey A. Heaton   gheaton@duanemorris.com, dmicros@duanemorris.com
- **Request for Notice for 5150 ECR Los Altos, LLC**: Meagen E. Leary   mleary@duanemorris.com, jnazzal@duanemorris.com; tjevans@duanemorris.com
- **Request for Notice for Secured Creditors**: Benjamin R. Levinson   ben@benlevinsonlaw.com
- **Request for Notice for Kevin Singer**: Byron Z. Moldo   bmoldo@ecjlaw.com, lpekrul@ecjlaw.com
- **Interested Party**: Office of the U.S. Trustee / SJ   USTPRegion17.SJ.ECF@usdoj.gov
- **Request for Notice:** Elvina Rofael   elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov, Patti.Vargas@usdoj.gov, GemMil.Langit@usdoj.gov
- **Request for Notice for Orange Coast Title Co. of North California**: Valerie Jean Schratz   vschratz@hallgriffin.com, llane@hallgriffin.com
- **Request for Notice for Brent Roles:** Wayne A. Silver   w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Request for Notice for Eric and Lauren Kutcher**: Troy H. Slome   tslome@mdjalaw.com, riwata@mdjalaw.com
- **Request for Notice for Verse Two Properties, LLC**: Michael St. James   ecf@stjames-law.com
- **Interested Party**: Marta Villacorta   marta.villacorta@usdoj.gov
- **Attorney for Debtor**: Geoff Wiggs   ECF@wiggslaw.com, WiggsGR82519@notify.bestcase.com

**VIA U.S. MAIL**

| **DEBTOR** | **NEF - ATTORNEY FOR DEBTOR** | **NEF - INTERESTED PARTY** |
|---|---|---|
| DUTCHINTS DEVELOPMENT LLC<br>5150 EL CAMINO REAL E20<br>LOS ALTOS, CA 94022-1559 | GEOFF WIGGS<br>LAW OFFICES OF GEOFF WIGGS<br>1900 SOUTH NORFOLK ST. #350<br>SAN MATEO, CA 94403-1171 | OFFICE OF THE U.S. TRUSTEE / SJ<br>U.S. FEDERAL BLDG.<br>280 S 1ST ST. #268<br>SAN JOSE, CA 95113-3004 |
| **REQUEST FOR NOTICE** | **REQUEST FOR NOTICE** | **REQUEST FOR NOTICE** |
| OFFICE OF THE U.S. TRUSTEE<br>ATTN: ELVINA ROFAEL<br>450 GOLDEN GATE AVE.<br>5TH FL, STE #05-0153<br>SAN FRANCISCO, CA  94102 | 5150 ECR LOS ALTOS, LLC<br>C/O MEAGEN E LEARY ESQ<br>MARCUS O COLABIANCHI ESQ<br>GEOFFREY A HEATON ESQ<br>DUANE MORRIS LLP<br>ONE MARKET PLAZA<br>SPEAR TOWER, SUITE 2200<br>SAN FRANCISCO, CA 94105-1127 | BEHROOZ R. SHAHAB AND LAURIE A . SHAHAB, TRUSTEES<br>LAW OFFICE OF BENJAMIN R. LEVINSON<br>4340 STEVENS CREEK BLVD., STE 199<br>SAN JOSE, CA 95129-1102 |

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

| | | | |
|---|---|---|---|
| 1 | **CREDITOR LISTING**<br>CA EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 | **CREDITOR LISTING**<br>CA FRANCHISE TAX BOARD<br>ATTN: SPECIAL PROCEDURES<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | **REQUEST FOR NOTICE**<br>FCI LENDER SERVICES, INC.<br>P.O. BOX 27370<br>ANAHEIM, CA 92809-0112 |
| 2 | **CREDITOR LISTING**<br>IRS<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **PREFERRED ADDRESS**<br>CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | **CREDITOR LISTING**<br>U.S. ATTORNEY<br>CIVIL DIVISION<br>450 GOLDEN GATE AVE.<br>SAN FRANCISCO, CA 94102-3661 |
| 3 | **REQUEST FOR NOTICE**<br>VERSE TWO PROPERTIES, LLC<br>ST. JAMES LAW, P.C.<br>22 BATTERY STREET, SUITE 810<br>SAN FRANCISCO, CA 94111-5522 | **CREDITOR LISTING**<br>ALADJIAN/VARDANYAN<br>% AVETIS VARDANYAN<br>12922 STRATHERN STREET<br>NORTH HOLLYWOOD, CA 91605-1717 | **CREDITOR LISTING**<br>ALL SHORE CAPITAL<br>333 PEARSALL AVE<br>CEDARHURST, NY 11516-1842 |
| 4 | **CREDITOR LISTING**<br>AMIR ELECTRIC<br>237 MARIANNA WAY<br>CAMPBELL, CA 95008-1801 | **CREDITOR LISTING**<br>BEHROOZ R. SHAHAB AND LAURIE SHAHAB<br>FCI LENDER SERVICES, INC.<br>8180 E. KAISER BLVD.<br>ANAHEIM HILLS, CA 92808-2277 | **CREDITOR LISTING**<br>BNUSINESS FUNDING SOURCE<br>27702 CROWN VALLEY PKWY D4-179<br>LADERA RANCH, CA 92694-0608 |
| 5 | **CREDITOR LISTING**<br>BRENT ROLES<br>2559 BUTCH DR<br>GILROY, CA 95020-9035 | **REQUEST FOR NOTICE**<br>BRENT ROLES<br>C/O WAYNE A SILVER<br>LAW OFFICE OF WAYNE A SILVER<br>643 BAIR ISLAND ROAD STE 403<br>REDWOOD CITY, CA 94063 | **CREDITOR LISTING**<br>CBS FINANCE<br>35453B DUMBARTON CT.<br>NEWARK, CA 94560-1100 |
| 6 | **CREDITOR LISTING**<br>CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0531 | **CREDITOR LISTING**<br>CALIFORNIA TD SPECIALISTS<br>ATTN: TERI SNYDER<br>8190 EAST KAISER BLVD<br>ANAHEIM, CA 92808-2215 | **CREDITOR LISTING**<br>CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| 7 | **CREDITOR LISTING**<br>CATHERINE HUNG<br>102 GRANADA DRIVE<br>MOUNTAIN VIEW, CA 94043-4556 | **CREDITOR LISTING**<br>CATHY ETTENGER<br>PO BOX 7080<br>SAN CARLOS, CA 94070-7080 | **CREDITOR LISTING**<br>CLEARFUND<br>99 WALL STREET<br>STE 2613<br>NEW YORK, NY 10005-4301 |
| 8 | **CREDITOR LISTING**<br>CLOW<br>425 HILLWOOD CT<br>MOUNTAIN VIEW, CA 94040-4706 | **CREDITOR LISTING**<br>COGENTA COMMUNICATIONS<br>8 HILLCROFT WAY<br>WALNUT CREEK, CA 94597-3908 | **CREDITOR LISTING**<br>COREN LLC<br>953 COLONIAL LANE<br>PALO ALTO, CA 94303-3727 |

| | | |
|---|---|---|
| **CREDITOR LISTING**<br>CORNERSTONE ENVIRONMENTAL CONTRACTORS, I<br>PO BOX 5127, COCORD, CA 94524<br>CONCORD, CA 94524-0127 | **CREDITOR LISTING**<br>CORTRON SYSTEM, INC.<br>1035 MINNESOTA AVE., STE D<br>SAN JOSE, CA 95125-2431 | **CREDITOR LISTING**<br>CRUZON CONSULTING<br>3601 AFFIRMED WAY<br>CARMICHAEL, CA 95608-3001 |
| **CREDITOR LISTING**<br>DAVIDOVICH STEIN LAW GROUP<br>6442 COLDWATER CANYON AVE, STE 209<br>NORTH HOLLYWOOD, CA 91606-1167 | **CREDITOR LISTING**<br>DON HENRY<br>VILLAGE PARTNERS, INC<br>4340 VON KARMAN AVE., STE 140<br>NEWPORT BEACH, CA 92660-1201 | **CREDITOR LISTING**<br>EDEN LANDSCAPE MANAGEMENT<br>13295 BERWICK ST<br>SARATOGA, CA 95070-4638 |
| **CREDITOR LISTING**<br>ETTENGER<br>PO BOX 7080<br>SAN CARLOS, CA 94070-7080 | **CREDITOR LISTING**<br>FOURNIER TAX CONSULTING 401K<br>% HAMILTON RIDGE CAPITAL<br>111 N MARKET ST, STE 300<br>SAN JOSE, CA 95113-1116 | **CREDITOR LISTING**<br>FRED KURLAND<br>4213 LOS PALOS AVE.<br>PALO ALTO, CA 94306-4308 |
| **CREDITOR LISTING**<br>GREGORY GALEN LIN<br>% HAMILTON RIDGE CAPITAL<br>111 N MARKET ST., STE 300<br>SAN JOSE, CA 95113-1116 | **CREDITOR LISTING**<br>GAGEN MCCOY<br>630 SAN RAMON VALLEY BLVD SUITE #100<br>POB 218<br>DANVILLE, CA 94526-0218 | **CREDITOR LISTING**<br>HAROUT TANCHIAN<br>250 174TH ST. #2201<br>SUNNY ISLES BEACH, FL 33160-3353 |
| **CREDITOR LISTING**<br>HAMILTON RIDGE CAPITAL<br>111 N MARKET ST., STE 300<br>SAN JOSE, CA 95113-1116 | **CREDITOR LISTING**<br>HAROUT TANCHIAN<br>6255 CANOGA AVE. #14<br>WOODLAND HILLS, CA 91367-2404 | **CREDITOR LISTING**<br>HORNER LAW GROUP<br>80 S BROADWAY, STE 200<br>WALNUT CREEK, CA 94596-5151 |
| **CREDITOR LISTING**<br>HUNG<br>102 GRANADA DRIVE<br>MOUNTAIN VIEW, CA 94043-4556 | **CREDITOR LISTING**<br>INIKOSOFT DESIGN INC.<br>15495 LOS GATOS BLVD., STE 4<br>LOS GATOS, CA 95032-2544 | **CREDITOR LISTING**<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| **CREDITOR LISTING**<br>JOHANNA FOGL<br>7 FOGL CT.<br>REDWOOD CITY, CA 94061-3453 | **CREDITOR LISTING**<br>JOHN HONDAGNEAU<br>1023 FULTON STREET<br>REDWOOD CITY, CA 94061-1726 | **CREDITOR LISTING**<br>LAW OFFICES OF CURTIS W HERRON<br>212 MAIN ST., STE 4<br>LOS GATOS, CA 95030 |
| **CREDITOR LISTING**<br>MGO<br>PO BOX 7709<br>SAN FRANCISCO, CA 94120-7709 | **CREDITOR LISTING**<br>MOUSSEAU/CARVAHLO<br>% CHARLES MOUSSEAU<br>987 LOA VERDE AVE.<br>PALO ALTO, CA 94303 | **REQUEST FOR NOTICE**<br>ORANGE COAST TITLE COMPANY OF NORTHERNCA<br>C/O VALERIE J. SCHRATZ, ESQ.<br>HALL GRIFFIN LLP<br>1851 E. FIRST ST., 10TH FLOOR<br>SANTA ANA, CA 92705-4054 |
| **CREDITOR LISTING**<br>PANTHER CAPITAL<br>1010 BROADWAY SUITE 104<br>WOODMERE, NY 11598-1277 | **CREDITOR LISTING**<br>PATAGONIA LANDSCAPING<br>519 CATHEDRAL DRIVE<br>APTOS, CA 95003-3425 | **COMMITTEE MEMBER**<br>PAUL HARMS<br>805 CONCORDE CIRCLE, #1205<br>LINTHICUM HEIGHTS, MD 21090-1763 |

| **COMMITTEE MEMBER**<br>PAUL HARMS<br>ATTN: PAUL HARMS<br>861 CONCORDE CIRCLE<br>UNIT 31411<br>LINTHICUM HEIGHTS, MD 21090-2968 | **CREDITOR LISTING**<br>PFENDT SURVIVORS TRUST<br>1101 SUFFOLK CT.<br>LOS ALTOS, CA 94024-5526 | **CREDITOR LISTING**<br>RAJIV ARORA<br>206 MISSION TIERRA PLACE<br>FREMONT, CA 94539-5462 |
|---|---|---|
| **CREDITOR LISTING**<br>RAJIV GULIANI<br>630 ENOS STREET<br>FREMONT, CA 94539-5293 | **CREDITOR LISTING**<br>RELIABLE PROPERTY MANAGEMENT<br>1650 ZANKER RD., #100<br>SAN JOSE, CA 95112-1133 | **CREDITOR LISTING**<br>SCC DTAC<br>PO BOX 60534<br>CITY OF INDUSTRY, CA 91716-0534 |
| **CREDITOR LISTING**<br>STOEV<br>30 CALEDONIA ST., STE 4<br>SAUCALITO, CA 94965-2155 | **CREDITOR LISTING**<br>SAN JOSE WATER COMPANY<br>110 W TAYLOR ST<br>SAN JOSE, CA 95110-2131 | **CREDITOR LISTING**<br>SANDRA CLOW<br>425 HILLWOOD CT<br>MOUNTAIN VIEW, CA 94040-4706 |
| **CREDITOR LISTING**<br>STATE COMPENSATION INSURANCE FUND<br>PO BOX 7441<br>SAN FRANCISCO, CA 94120-7441 | **CREDITOR LISTING**<br>STRUCTURE LAW GROUP, LLP<br>1754 TECHNOLOGY DRIVE, STE 135<br>SAN JOSE, CA 95110-1320 | **CREDITOR LISTING**<br>THE SHAHAB FAMILY REVOCABLE TRUST<br>% HAMILTON RIDGE CAPITAL<br>111 N MARKET ST., STE 300<br>SAN JOSE, CA 95113-1116 |
| **COMMITTEE MEMBER**<br>THE SABET REVOCABLE FAMILY TRUST<br>ATTN: FARSHID SABET<br>11198 MAGDALENA AVENUE<br>LOS ALTOS HILLS, CA 94024-5139 | **CREDITOR LISTING**<br>TROY UNDERWOOD<br>435 SHERIDAN AVENUE<br>SUITE 301<br>PALO ALTO, CA 94306-2052 | **CREDITOR LISTING**<br>UNIQUE FUNDING SOLUTIONS<br>1672 E 22ND ST<br>BROOKLYN, NY 11229-1544 |
| **CREDITOR LISTING**<br>VACHIK SARKISSIAN<br>917 STANLEY AVE<br>LOS ALTOS, CA 94024-5069 | **CREDITOR LISTING**<br>VAHE BARONIAN<br>250 SILVIA CT.<br>LOS ALTOS, CA 94024-3839 | **CREDITOR LISTING**<br>VAHE TASHJIAN<br>901 LOYOLA DRIVE<br>LOS ALTOS, CA 94024-5922 |
| **COMMITTEE MEMBER**<br>VERSE TWO PROPERTIES, LLC<br>ATTN: JAMES PAYNE<br>834 S. PERRY ST. STE F-521<br>CASTLE ROCK, CO 80104-1918 | **COMMITTEE MEMBER**<br>VERSE TWO PROPERTIES, LLC<br>PO BOX 2126<br>SARATOGA, CA 95070-0126 | **CREDITOR LISTING**<br>VILLAGE PARTNERS INC.<br>4340 VON KARMAN AVE, STE 200<br>NEWPORT BEACH, CA 92660-1201 |
| **CREDITOR LISTING**<br>WG FUND<br>1969 RUTGERS UNIVERSITY BOULEVARD<br>LAKEWOOD, NJ 08701-4538 | **CREDITOR LISTING**<br>WEST COAST<br>21606 DEVONSHIRE STREE<br>SUITE 4149<br>CHATSWORTH, CA 91311-2901 | **CREDITOR LISTING**<br>WILLIAM HEZMALHALCH ARCHITECTS, INC.<br>5000 EXECUTIVE PKWY SUITE 375<br>SAN RAMON, CA 94583-4210 |

| **REQUEST FOR NOTICE - STATE COURT RECEIVER** KEVIN SINGER C/O BYRON Z. MOLDO ERVIN COHEN & JESSUP LLP 9401 WILSHIRE BLVD., NINTH FLOOR BEVERLY HILLS, CA 90212-2974 | **REQUEST FOR NOTICE** ERIC KUTCHER AND LAUREN KUTCHER TROY H SLOME ESQ VINCENT J DAVITT ESQ ANITA JAIN ESQ MEYLAN DAVITT JAIN AREVIAN & KIM LLP 444 S. FLOWER ST, STE 1850 LOS ANGELES, CA 90071 | |
|---|---|---|
| | **RETURNED MAIL** | **UNDELIVERABLE** NOT ASSIGNED - SJ |
| **UNDELIVERABLE** ORANGE COAST TITLE COMPANY OF NORTHERN CALIF | **N/A** U.S. BANKRUPTCY COURT 280 SOUTH FIRST STREET ROOM 3035 SAN JOSE, CA 95113-3099 | **UNDELIVERABLE** SABET / ENAYATI |
| **UNDELIVERABLE** CRYSTAL SPRINGS CAPITAL | **UNDELIVERABLE** FARSHID SABET & BADI ENAYATI | **DUPLICATE** VAHE TASHJIAN 901 LOYOLA DRIVE LOS ALTOS, CA 94024-5922 |
| **DUPLICATE** VERSE TWO PROPERTIES, LLC C/O ST. JAMES LAW, P.C. 22 BATTERY ST, STE 810 SAN FRANCISCO, CA 94111-5522 | **DUPLICATE** HARMS 805 CNCORDE CIRCLE, #1205 LINTHICUM HEIGHTS, MD 21090-1763 | **UNDELIVERABLE** LAUREN KUTCHER |