Form NTCPOC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Dutchints Development LLC | Case No.: 21−51255 MEH 11 |
|---|---|---|
| | Debtor(s) | Chapter: 11 |

## NOTICE OF PROOF OF CLAIM FILED PURSUANT TO BANKRUPTCY RULE 3004

The debtor or trustee for the above−captioned case filed the following proof of claim on behalf of the creditor stated below.

Date filed: 1/10/22

Claim Number: 9

Creditor: Streim Gilbert Family Trust

Dated: 1/10/22

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court