**MACDONALD | FERNANDEZ LLP**
IAIN A. MACDONALD (SBN 051073)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
DUTCHINTS DEVELOPMENT LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

DUTCHINTS DEVELOPMENT LLC

    Debtor-in-Possession.

Case No. 21-51255-EMH-11

Chapter 11

**SUBSTITUTION OF COUNSEL**

    **COMES NOW** Dutchints Development LLC, Debtor-in-Possession herein, and hereby substitutes the law firm of Macdonald Fernandez LLP as attorneys of record in place of Geoffrey E. Wiggs of Law Offices of Geoff E. Wiggs.

DATED: January 10, 2022      DUTCHINTS DEVELOPMENT LLC

_/s/ Vahe Tashjian_
Vahe Tashjian, Managing Director

I consent to the above substitution.

DATED: January 10, 2022      MACDONALD FERNANDEZ LLP

By: _/s/ Iain A. Macdonald_
    Iain A. Macdonald

DATED: January 10, 2022      LAW OFFICES OF GEOFF WIGGS

By: _/s/ Geoffrey E. Wiggs_
    Geoffrey E. Wiggs