MARTA E. VILLACORTA (NY SBN 4918280)
Assistant United States Trustee
ELVINA ROFAEL (SBN 333919)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
280 South First St., Suite 268
San Jose, CA 95113
Telephone: (408) 535-5525
Facsimile: (408) 535-5532
Email: Elvina.Rofael@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In re

DUTCHINTS DEVELOPMENT, LLC,

                    Debtor.

Case No. 21-51255-MEH

Chapter 11

Date: February 10, 2022
Time: 10:00 a.m.
Place: Video/Teleconference

Judge: Hon. M. Elaine Hammond

**NOTICE OF HEARING ON THE UNITED STATES TRUSTEE'S MOTION TO APPOINT CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), OR, IN THE ALTERNATIVE, TO CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b); AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT AND RESERVATION OF RIGHTS**

      **PLEASE TAKE NOTICE** that a hearing will be held on February 10, 2022 at 10:00 a.m., before the Honorable M. Elaine Hammond, by teleconference or video conference, on the United States Trustee's motion to appoint a chapter 11 trustee under 11 U.S.C. § 1104(a), or, in the alternative, to convert the case to chapter 7 pursuant to 11 U.S.C. § 1112(b) (the "Motion").

      **TAKE FURTHER NOTICE**, due to the current COVID-19 outbreak, the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or

1

video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The Motion is based upon the notice of hearing, memorandum points and authorities, and declaration filed concurrently herewith, the pleadings, orders, and other documents on file in this case, and upon such evidence as may be presented to the Court at the hearing on the Motion or in response to any opposition to the Motion.

You may obtain a copy of the Motion, the memorandum in support, and accompanying declaration from the Court's docket on the PACER system or by contacting the undersigned.

**A response, if any, to the Motion shall be made in writing and served upon the United States Trustee, and filed with the Bankruptcy Court, at least fourteen (14) days prior to the hearing date pursuant to B.L.R. 9014-1(C)(1). If there is not a timely opposition to the motion, the court may enter an order granting the requested relief by default.**

Dated: January 12, 2022  Respectfully submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ Elvina Rofael
    Elvina Rofael
    Trial Attorney for the United States Trustee