Entered on Docket
January 13, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: January 13, 2022

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Dutchints Development LLC,<br><br>　　　　　　　　　　　Debtor. | Case No. 21-51255 MEH<br><br>Chapter 11<br><br>Video Hearing<br>Date:　January 13, 2022<br>Time:　10:00 a.m. |

## ORDER DENYING MOTION TO CONVERT

Before the court is the Creditors Committee's motion to convert Debtor's Chapter 11 case to Chapter 7. (Dkt. #79) Creditors Paul Harms, Johanna Fogl, Catherine Hung, and Tom Pare' ("Joinder Creditors") filed a joinder (Dkt. #86), Debtor filed an objection (Dkt. #87), and the Joinder Creditors filed a reply (Dkt. #88). Subsequently, new counsel for Debtor filed a motion to continue the hearing (Dkt. #93).

The court held a hearing on the motion, and appearances were as stated on the record.

For the reasons more fully stated on the record, the Motion to Convert is DENIED.

Furthermore, the United States Trustee has filed a separate motion to appoint a Chapter 11 trustee or to convert the case to Chapter 7 (Dkt. #95). This matter is set for hearing on February 10, 2022 at 10:00 a.m. and will be conducted by Zoom. Mr. Vahe Tashjian, the Responsible Individual in this case, is required to appear.

IT IS SO ORDERED.

**END OF ORDER**

1

COURT SERVICE LIST

**Via ECF:**

All ECF Recipients