| | |
|---|---|
| 1 | **MEYLAN DAVITT JAIN AREVIAN & KIM LLP** |
| | VINCENT J. DAVITT (State Bar No. 130649) |
| 2 | ANITA JAIN (State Bar No. 192961) |
| 3 | TROY H. SLOME (State Bar No. 176582) |
| | GRACE C. LEE (State Bar No. 293383) |
| 4 | 444 South Flower Street, Suite 1850 |
| | Los Angeles, California 90071 |
| 5 | Email: vdavitt@mdjalaw.com / ajain@mdjalaw.com |
| | tslome@mdjalaw.com / glee@mdjalaw.com |
| 6 | Telephone: (213) 225-6000; Fax: (213) 225-6660 |
| 7 | Attorneys for Interested Parties Eric Kutcher and Lauren Kutcher |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 21-BK-51255 |
| DUTCHINTS DEVELOPMENT LLC, | Chapter 11 |
| Debtor. | [Assigned to: Hon. M. Elaine Hammond] |
| | **INTERESTED PARTIES ERIC KUTCHER AND LAUREN KUTCHER'S NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO NON-DEBTOR VAHE TASHJIAN** |
| | PRELIMINARY HEARING: |
| | DATE: February 4, 2022 |
| | TIME: 10:00 a.m. |
| | PLACE: **Via Video/Teleconference**[1] |
| | 280 South First Street |
| | Courtroom 11 |
| | San Jose, California 95113 |

---

[1] Please see Judge Hammond's practices and procedures at www.canb.uscourts.gov for information on how to attend via video or teleconference.

1

NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY AS TO NON-DEBTOR TASHJIAN

**TO THE COURT, DEBTOR, ALL CREDITORS, THE UNITED STATES TRUSTEE AND ALL PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN**, that on February 4, 2022 at 10:00 am before the Honorable M. Elaine Hammond, Judge of the United States Bankruptcy Court, via Video/Teleconference on Zoom, interested parties Eric Kutcher and Lauren Kutcher (jointly, "**Interested Parties**" or the "**Kutchers**") will move the Court for an order for relief from the automatic stay provisions of 11 U.S.C. § 362 in order to permit the Kutchers to proceed on their claims against non-debtor Vahe Tashjian ("**Tashjian**" or "**Respondent**") on their pending civil action before the Superior Court of the State of California for the County of Santa Clara, Case No. 20CV369499 (the "**State Court Action**"). Respondent is advised to appear personally or by counsel at the preliminary hearing at the time and place noted above.

This Motion for Relief from Automatic Stay as to Non-Debtor Vahe Tashjian ("**Motion**") is made for cause and due to the fraudulent and tortious actions of Tashjian, a non-debtor, in making material misrepresentations to induce the Kutchers to purchase real property located at 24925 Oneonta Drive in Los Altos Hills, California (the "**Property**") for $9.45 million, while intentionally hiding his knowledge that a prior lienholder had taken actions to enforce an alleged agreement to revive a previously reconveyed deed of trust for an alleged $2.7 million loan against the Property. The Kutchers seek an order terminating and vacating the automatic stay for all purposes as it pertains to the Kutchers' prosecution of any current and potential claims against Tashjian in the State Court Action.

This Motion is based upon this Notice of Hearing, the attached Memorandum of Points and Authorities, the Declaration of Anita Jain in support of the Motion and the exhibits thereto, and Relief from Stay Cover Sheet, all of which are filed and served concurrently herewith.

**PLEASE TAKE FURTHER NOTICE** that the hearing will take place by video or teleconference. Please see Judge Hammond's posted calendar for the hearing at www.canb.uscourts.gov for information on how to attend via video or teleconference.

**PLEASE TAKE FURTHER NOTICE** that failure to appear at the hearing on the Motion may result in the Court granting Movant relief from stay as requested in the Motion.

| | | |
|---|---|---|
| DATED: January 21, 2022 | | MEYLAN DAVITT JAIN AREVIAN & KIM LLP |
| | By: | /s/ Troy H. Slome |
| | | Troy H. Slome |
| | | Attorneys for Interested Parties |
| | | Eric Kutcher and Lauren Kutcher |