**MACDONALD | FERNANDEZ LLP**
IAIN A. MACDONALD (SBN 051073)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
DUTCHINTS DEVELOPMENT LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DUTCHINTS DEVELOPMENT LLC,<br><br>            Debtor in Possession. | 21-51255-MEH-11<br><br>Chapter 11<br><br>**DEBTOR'S NOTICE OF INTENT TO FILE OPPOSITION TO UNITED STATES TRUSTEE'S MOTION TO APPOINT CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), OR, IN THE ALTERNATIVE, TO CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b); AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT AND RESERVATION OF RIGHTS**<br><br>Date: February 10, 2022<br>Time: 10:00 a.m.<br>Place: **Via Tele/Videoconference** |

COMES NOW Dutchints Development LLC and gives notice of its intent to file its opposition to the United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S. § 1104(a), Or, in the Alternative, to Convert Case to Chapter 7 Pursuant to 11 U.S.C. 112(b); and Memorandum of Points and Authorities in Support and Reservation of Rights ,filed on January 12, 2022 (Dkt. 95), seven (7) days before the schedule hearing (February 3, 2022), pursuant to B.L.R. 9014-1(c)(2).

A motion to convert or appoint a trustee is to seek relief generally, and not against an identified, named entity and thereby opposition to the requested relief shall be filed and served on the initiating party no less than seven (7) days before the actual scheduled hearing date.

DATED: January 28, 2022      **MACDONALD FERNANDEZ LLP**

               By: /s/ Iain A. Macdonald
                  Iain A. Macdonald, Attorneys for
                  Dutchints Development LLC, Debtor in Possession