MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
DUTCHINTS DEVELOPMENT LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DUTCHINTS DEVELOPMENT LLC,<br><br>               Debtor in Possession. | 21-51255-MEH-11<br><br>Chapter 11<br><br>**DEBTOR'S STATEMENT OF NON-OPPOSITION TO UNITED STATES TRUSTEE'S MOTION TO APPOINT CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), OR, IN THE ALTERNATIVE, TO CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b); AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT AND RESERVATION OF RIGHTS**<br><br>Date: February 10, 2022<br>Time: 10:00 a.m.<br>Place: **Via Tele/Videoconference** |

COMES NOW Dutchints Development LLC, Debtor in Possession herein ("Debtor"), and respectfully submits this statement of non-opposition to the United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S. § 1104(a), Or, in the Alternative, to Convert Case to Chapter 7 Pursuant to 11 U.S.C. 112(b); and Memorandum of Points and Authorities in Support and Reservation of Rights, filed on January 12, 2022 (Dkt. 95). Debtor requests conversion to Chapter 7 because there is no ongoing business.

DATED: February 4, 2022                         **MACDONALD FERNANDEZ LLP**

                                                     By:   /s/ Iain A. Macdonald
                                                           Iain A. Macdonald, Attorneys for
                                                           Dutchints Development LLC, Debtor in Possession