UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: DUTCHINTS DEVELOPMENT LLC

Bankruptcy No.: 21-51255 MEH
R.S. No.: MJB-1
Hearing Date: 03/04/2022
Time: 10:00 am

Debtor(s)

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 09/29/2021     Chapter: 11
    Prior hearings on this obligation: None     Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): N/A

   Secured Creditor [ ] or lessor [ ]
   Fair market value:      $_____         Source of value: _____
   Contract Balance:       $_____         Pre-Petition Default:   $_____
   Monthly Payment:        $_____            No. of months: _____
   Insurance Advance:      $_____         Post-Petition Default:  $_____
                                               No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): N/A

   Fair market value: $_____     Source of value: _____     If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.          $_____           Pre-Petition Default:   $_____
   As of (date): _____                       No. of months: _____
   Mo. payment:          $_____           Post-Petition Default:  $_____
   Notice of Default (date): _____           No. of months: _____
   Notice of Trustee's Sale: _____        Advances Senior Liens:  $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
   | 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
   | _____ : | | | |
   | _____ : | | | |
   | _____ : | | | |
   | (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Movants seek a comfort order affirming that the automatic stay in this case does not apply to a purchase and sale agreement by and between themselves, as Seller, and Debtor, as Buyer, because Debtor assigned all of its right, title and interest to the agreement to a nondebtor entity prepetition. Alternatively, Movants seek relief from stay.

Dated: 02/09/2022

*/s/ Monique D. Jewett-Brewster*
Signature
Monique D. Jewett-Brewster, Hopkins & Carley APC
Print or Type Name

Attorney for Movants, the Bellicittis