Monique D. Jewett-Brewster (State Bar No. 217792)
mjb@hopkinscarley.com
Chancellor W. Tseng (State Bar No. 322236)
ctseng@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:  (408) 286-9800
Facsimile:  (408) 998-4790

Attorneys for Seller and Third-Parties in Interest
John H. Bellicitti, as Trustee; Mary F. Driggs, as Trustee; Robert J. Bellicitti, as Trustee; and Harry L. Bellicitti, Jr., as Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DUTCHINTS DEVELOPMENT LLC,<br><br>            Debtor. | Case No. 21-51255 MEH<br><br>Chapter 11<br><br>**DECLARATION OF DANIEL S. GONZALES IN SUPPORT OF SELLER AND THIRD PARTIES IN INTEREST JOHN H. BELLICITTI, AS TRUSTEE, ET AL.'S MOTION FOR COMFORT ORDER OR, IN THE ALTERNATIVE, RELIEF FROM AUTOMATIC STAY**<br><br>R.S. No. MJB-1<br><br>Date: March 4, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 11<br>Judge: Hon. M. Elaine Hammond |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

DECLARATION OF DANIEL S. GONZALES ISO MOTION OF SELLER AND THIRD PARTIES IN INTEREST THE BELLICITTIS FOR COMFORT ORDER OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM AUTOMATIC STAY

Case: 21-51255   Doc# 123   Filed: 02/09/22   Entered: 02/09/22 17:04:18   Page 1 of 4

I, Daniel S. Gonzales, declare:

1. I am an attorney licensed to practice law before all courts in the State of California. I am a partner of Ferrari, Ottoboni, Caputo & Wunderling LLP, a limited liability partnership, and real estate counsel of record for Seller and Third Parties in Interest John H. Bellicitti, as Trustee of the John and Monica Bellicitti 2015 Revocable Trust under Trust Agreement dated July 9, 2015, as amended, FBO John H. Bellicitti as his sole and separate property, and as Trustee of the Harry L. Bellicitti Exempt Trust under Trust Agreement dated April 16, 1997, as amended FBO John H. Bellicitti ("John"); Mary F. Driggs, as Trustee of the Mary F. Driggs 2012 Separate Property Trust under Trust Agreement dated July 17, 2012, as amended, and as Trustee of the Harry L. Bellicitti Exempt Trust under Trust Agreement dated April 16, 1997, as amended, FBO Mary F. Driggs ("Mary"); Robert J. Bellicitti, as Trustee of the Bellicitti 2015 Revocable Trust under Trust Agreement dated July 9, 2015, as amended, FBO Robert J. Bellicitti, as his sole and separate property, and as Trustee of the Harry L. Bellicitti Exempt Trust under Trust Agreement dated April 16, 1997 as amended FBO Robert J. Bellicitti ("Robert"); and Harry L. Bellicitti, Jr., as Trustee of The Harry and Carol Ann Bellicitti 2015 Revocable Trust under Trust Agreement dated July 8, 2015, as amended, FBO Harry L. Bellicitti, Jr. as his sole and separate property, and as Trustee of the Harry L. Bellicitti Exempt Trust under Trust Agreement dated April 16, 1997, as amended, FBO Harry L. Bellicitti, Jr. ("Harry") (collectively, the "Bellicittis"). I submit this declaration in support of the Bellicittis' Motion for Comfort Order or, in the Alternative, Relief from the Automatic Stay (the "Motion"). Unless otherwise stated, the facts in this declaration are true of my own personal knowledge, and, if called upon as a witness, I could and would testify competently thereto. As to those matters alleged on information and belief, I believe them to be true.

2. The Bellicittis are the owners of real property located at 18500 and 18520 Marshall Lane, Saratoga, California (the "Property").

3. On or about October 18, 2018, the Bellicittis, as Seller, and Dutchints Development LLC, as Buyer, entered into a written Agreement for Purchase and Sale and Joint Escrow Instructions, as amended (the "Agreement"), for the purchase of the Bellicittis' real

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

DECLARATION OF DANIEL S. GONZALES ISO MOTION OF SELLER AND THIRD PARTIES IN INTEREST THE BELLICITTIS FOR COMFORT ORDER OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM AUTOMATIC STAY

Case: 21-51255    Doc# 123    Filed: 02/09/22    Entered: 02/09/22 17:04:18    Page 2 of 4

property located at 18500 and 18520 Marshall Lane, Saratoga, California (the "Property"). A true and correct copy of the Agreement, as amended, is attached as collective **Exhibit A**.

4. The Agreement, as amended, contemplates that Buyer would obtain all entitlements necessary and appropriate for its intended subdivision of the Property into a project consisting of six to nine 1-acre parcel single family residences. (See Third Am., at § 3, attached as collective Exh. A).

5. Between December 14, 2018 and March 22, 2021, the parties entered into a total of seven amendments to the Agreement, ultimately agreeing to extend the escrow Closing Date to May 31, 2021 at the latest, expressly conditioned on Buyer's delivery of certain additional deposits into escrow no later than April 9, 2021. (See Sixth Am. at § 2; Seventh Am. at §§1-2, both attached as collective Exh. A.)

6. Attached as **Exhibit B** is a true and correct copy of the Assignment of Agreement for Purchase and Sale and Joint Escrow Instructions, dated May 1, 2019, by and between Dutchints Development LLC, as Assignor, and 18500 Marshall Ln LLC, as Assignee.

7. On November 2, 2021, I sent e-mail correspondence on behalf of the Bellicittis to Buyer's representative Vahe Tashjian, indicating the Bellicittis were "ready, willing and able to complete the performance of all of its remaining obligations for the Close of Escrow under the [Agreement], including without limitation the delivery and recordation of the Grant Deed;" and demanding that Buyer "complete the performance of all of its obligations for the Close of Escrow under the [Agreement], including without limitation the payment of the Purchase Price, no later than November 17, 2021[.]" A true and correct copy of my e-mail dated November 2, 2021 is attached hereto as **Exhibit C**.

8. On December 3, 2021, I sent e-mail correspondence on behalf of the Bellicittis to Buyer's representative Vahe Tashjian and First American Title Company ("Escrow Holder") declaring Buyer to be in default of the Agreement and demanding Escrow Holder's payment of the deposit to the Bellicittis based on such default as provided in Section 2.1.3 of the Agreement. A true and correct copy of my e-mail dated December 3, 2021 is attached hereto as **Exhibit D**.

9. On December 6, 2021, I received an e-mail from Mr. Tashjian, wherein he noted

- 3 -
DECLARATION OF DANIEL S. GONZALES ISO MOTION OF SELLER AND THIRD PARTIES IN INTEREST THE BELLICITTIS FOR COMFORT ORDER OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM AUTOMATIC STAY

Case: 21-51255   Doc# 123   Filed: 02/09/22   Entered: 02/09/22 17:04:18   Page 3 of 4

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

1 that "if [the] transaction [contemplated by the Agreement] is in fact affected by the Chapter 11
2 filing of Dutchints Development LLC, then there is an automatic stay imposed that freezes the
3 transaction." Mr. Tashjian further opined therein that "[a]ny action in violation of the automatic
4 stay would require a court order." A true and correct copy of Mr. Tashjian's e-mail dated
5 December 6, 2021 is attached hereto as **Exhibit E**.

10. On February 1, 2022, I sent e-mail correspondence on behalf of the Bellicittis to Mr. Tashjian advising of the Bellicittis' intention to seek confirmation from the bankruptcy court that the automatic stay in Dutchints Development LLC's chapter 11 case does not prohibit Seller's pursuit of all available remedies under the Agreement for Buyer's default, including to terminate the Agreement. A true and correct copy of my e-mail dated February 1, 2022 is attached hereto as **Exhibit F**.

11. On February 8, 2022, I received an e-mail from Mr. Tashjian, wherein he now maintains that Dutchints Development LLC has no claim in the project contemplated by the Agreement. A true and correct copy of Mr. Tashjian's e-mail dated February 8, 2022 is attached hereto as **Exhibit G**.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and of my own personal knowledge. Executed this 9th day of February 2022, at San Jose, California.

*/s/ Daniel S. Gonzales*
Daniel S. Gonzales

4861-6480-9996.3

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO