# EXHIBIT D

| | |
|---|---|
| **From:** | Daniel Gonzales <DGonzales@ferrarilawpartners.com> |
| **Sent:** | Friday, December 3, 2021 9:59 AM |
| **To:** | Vahe Tashjian (vahe@dutchints.com); TWoest@firstam.com; Paul Monaco; Rocendo Reyes; Bedford, Joanne (JoanneBedford@firstam.com) |
| **Cc:** | Gabriel Gregg - Rimon (gabriel.gregg@rimonlaw.com) |
| **Subject:** | 18500 and 18520 Marshall Lane--Notice of seller's declaration of buyer's breach and demand for payment of deposit |

Dear Mr. Tashjian and First American Title Company ("Escrow Holder"):

Pursuant to the terms and conditions of that certain Agreement for Purchase and Sale and Joint Escrow Instructions dated as of October 18, 2018, as amended (the "Agreement"), entered into by and between the Bellicittis ("Seller") and Dutchints Development LLC ("Buyer") for the purchase and sale of the real property commonly known as 18500 and 18520 Marshall Lane, Saratoga, California (the "Property"), and Seller's written demand for Buyer's performance dated November 2, 2021, the purpose of this email being sent on behalf of Seller to Mr. Tashjian, as Buyer's representative, and Escrow Holder is (1) to notify Buyer and Escrow Holder that Seller hereby declares Buyer to be in default as a result of Buyer's noncompliance with Seller's November 2 demand for performance, as a consequence of Buyer's failure to complete the performance of all of its obligations for the Close of Escrow under the Agreement, including without limitation the payment of the Purchase Price, no later than November 17, 2021, and (2) to demand, based upon Buyer's default as set forth above, that Escrow Holder directly pay the Deposit to Seller as provided in Section 2.1.3 of the Agreement, as amended, pursuant to the irrevocable instruction for such payment given to Escrow Holder by Buyer in Section 2.1.3 of the Agreement, as amended. I look forward to getting a prompt response to this notice and demand.

Regards,

Dan Gonzales

Daniel S. Gonzales, Esq.
FERRARI, OTTOBONI, CAPUTO & WUNDERLING LLP
333 West Santa Clara Street
Suite 700
San Jose, CA 95113-1716
Telephone: (408) 280-0535
Direct: (408) 282-2784
Fax: (408) 280-0151
www.ferrarilawpartners.com
www.danielsgonzales.com
https://siliconvalleyadus.com

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, by any taxpayer for the purposes of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.