MARTA E. VILLACORTA (NY SBN 4918280)
Assistant United States Trustee
ELVINA ROFAEL (SBN 333919)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
280 South First St., Suite 268
San Jose, CA 95113
Telephone: (408) 535-5525
Facsimile: (408) 535-5532
Email: Elvina.Rofael@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

The following constitutes the order of the Court.
Signed: February 11, 2022

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re: <br><br> DUTCHINTS DEVELOPMENT LLC, <br><br> Debtor. | Case No. 21-51255-MEH <br> Chapter 11 <br> Date: February 10, 2022 <br> Time: 10:00 a.m. <br> Place: Telephone/Video Conference <br> Judge: Hon. M. Elaine Hammond |

## ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7

The matter of the *United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. §1104(a), or, in Alternative, to Convert Case to Chapter 7 Pursuant to 11 U.S.C. §1112(b)* (the "United States Trustee's Motion") came on for hearing on February 10, 2022 at 10:00 a.m. before the Honorable M. Elaine Hammond. Appearances were as noted on the record. For the reasons stated on the record,

IT IS HEREBY ORDERED THAT:

(1) The United States Trustee's Motion is granted; and

(2) The above-captioned case is converted to a case under Chapter 7 of the Bankruptcy Code.

**\*\*\* END OF ORDER \*\*\***

**COURT SERVICE LIST**

Vahe Tashjian
901 Loyola Drive
Los Altos, CA 94024