MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor
DUTCHINTS DEVELOPMENT LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | 21-51255-MEH-11 |
| DUTCHINTS DEVELOPMENT LLC, | Chapter 11 |
| Debtor. | **RESPONSE TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DISQUALIFY DEBTOR'S COUNSEL FROM FURTHER REPRESENTATION; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date: March 3, 2022<br>Time: 10:00 a.m.<br>Place: **Via Tele/Videoconference** |

COMES NOW Dutchints Development LLC, Debtor herein ("Debtor"), and respectfully submits its response to the former Official Committee of Unsecured Creditors to Disqualify Debtor's Counsel from Further Representation; Memorandum of Points and Authorities, filed on February 2, 2022 [Dkt. 117] (the "Motion").

Macdonald Fernandez LLP, counsel for Debtor, is agreeable to resolving this matter by waiving the guarantee held by it from Debtor's principal, Vahe Tashjian, notwithstanding that Macdonald Fernandez LLP was duly appointed by this Court after full disclosure. (*See* Application for Appointment of Macdonald Fernandez LLP [Dkt. 92]; Declaration of Iain A. Macdonald in Support [Dkt. 92-1]; and Order Approving Application for Appointment of Macdonald Fernandez LLP [Dkt. 108]).

Macdonald Fernandez LLP offered to do this when Committee's counsel, Leonard M. Shulman, first raised the issue but was not able to reach a stipulation because Mr. Shulman demanded extensive concessions, most notably that the Debtor's principal agree to the substantive consolidation of his affairs with the within case, which Tashjian was unwilling to do.  In any event, the Motion would appear to be moot given the conversion of the case to Chapter 7 on February 11, 2022 [Order, Dkt.127].

DATED:  February 17, 2022          **MACDONALD FERNANDEZ LLP**

By:   /s/ Iain A. Macdonald
      Iain A. Macdonald, Attorneys for
      Dutchints Development LLC, Debtor