The following constitutes the order of the Court.
Signed: April 12, 2022

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

Monique D. Jewett-Brewster (State Bar No. 217792)
mjb@hopkinscarley.com
Chancellor W. Tseng (State Bar No. 322236)
ctseng@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Seller and Third Parties in Interest
John H. Bellicitti, as Trustee; Mary F. Driggs, as
Trustee; Robert J. Bellicitti, as Trustee; and Harry L.
Bellicitti, Jr., as Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DUTCHINTS DEVELOPMENT LLC,<br><br>Debtor. | Case No. 21-51255 MEH<br><br>Chapter 7<br><br>**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**<br><br>R.S. No. MJB-1<br><br>Date:    April 7, 2022<br>Time:    2:30 p.m.<br>Place:   Courtroom 11<br>Judge:   Hon. M. Elaine Hammond |

    The Motion for Comfort Order or, in the Alternative, Relief from Automatic Stay ("*Motion*") by Seller and Third Parties in Interest John H. Bellicitti, as Trustee; Mary F. Driggs, as Trustee; Robert J. Bellicitti, as Trustee; and Harry L. Bellicitti, Jr., as Trustee (collectively, the

"Bellicittis") came on for hearing after regular notice on April 7, 2022 in the above-entitled Court, the Honorable M. Elaine Hammond presiding. Monique D. Jewett-Brewster of Hopkins & Carley ALC appeared on behalf of the Bellicittis. Jack Praetzellis of Fox Rothschild LLP appeared on behalf of the Interim Chapter 7 Trustee, Kari Bowyer. All other appearances are noted on the record.

Having considered the papers filed in support of and opposition to the Motion, and having heard the argument of counsel, and good cause appearing:

1. The Motion for comfort order is denied.

2. The Motion for relief from the automatic stay is hereby granted pursuant to 11 U.S.C. sections 362(d)(1) and 362(d)(2) without prejudice to any claims of any trustee appointed in the above-captioned case, including but not limited to claims under that certain Agreement for Purchase and Sale and Joint Escrow Instructions dated as of October 18, 2018, as amended (the "Agreement"), and for recovery of all or a portion of the deposits made in connection with the Agreement.

3. The Bellicittis' request for waiver of the 14-day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby denied.

Approved as to form:

/s/ Jack Praetzellis
Jack Praetzellis
Fox Rothschild LLP
Attorneys for Kari Bowyer,
Interim Chapter 7 Trustee

**END OF ORDER**

COURT SERVICE LIST

Hopkins & Carley