EXHIBIT A



**FREMONT BANK**
*Success through Partnership*

Corporate Headquarters
39150 Fremont Boulevard
Fremont, CA 94538
TEL (510) 792-2300

www.fremontbank.com

May 11, 2022

Vahe S Tashjian
Vahe S Tashjian 2018 Living Trust
901 Loyola Dr
Los Altos, CA 94024

Dear Customer,

Fremont Bank has been served a Subpoena from Fox Rothschild LLP requesting information relating to your account(s). This request requires us to produce certain information or records relating to you as shown on the enclosed copy.

We are informing you of this demand in accordance with our policy of notifying our customers when legal process or similar formal demands are made for information about their accounts or their relationships with us.

While we try to protect the privacy of all of our customers, we must comply with valid legal demands for information made upon us. To protect your rights, you may wish to discuss this matter with your legal counsel.

Sincerely,

Legal Process & Research

Enclosure
Cc: file

LT-002 (02/10)



**FREMONT BANK**
*Success through Partnership*

Corporate Headquarters
39150 Fremont Boulevard
Fremont, CA 94538
TEL (510) 792-2300

www.fremontbank.com

May 11, 2022

Jordan Tashjian
Vahe S Tashjian
901 Loyola Dr
Los Altos, CA 94024

Dear Customer,

Fremont Bank has been served a Subpoena from Fox Rothschild LLP requesting information relating to your account(s). This request requires us to produce certain information or records relating to you as shown on the enclosed copy.

We are informing you of this demand in accordance with our policy of notifying our customers when legal process or similar formal demands are made for information about their accounts or their relationships with us.

While we try to protect the privacy of all of our customers, we must comply with valid legal demands for information made upon us. To protect your rights, you may wish to discuss this matter with your legal counsel.

Sincerely,

Legal Process & Research

Enclosure
Cc: file

LT-002 (02/10)




Corporate Headquarters
39150 Fremont Boulevard
Fremont, CA 94538
TEL (510) 792-2300

www.fremontbank.com

May 11, 2022

Alex Tashjian
Vahe S Tashjian
901 Loyola Dr
Los Altos, CA 94024

Dear Customer,

Fremont Bank has been served a Subpoena from Fox Rothschild LLP requesting information relating to your account(s). This request requires us to produce certain information or records relating to you as shown on the enclosed copy.

We are informing you of this demand in accordance with our policy of notifying our customers when legal process or similar formal demands are made for information about their accounts or their relationships with us.

While we try to protect the privacy of all of our customers, we must comply with valid legal demands for information made upon us. To protect your rights, you may wish to discuss this matter with your legal counsel.

Sincerely,

Legal Process & Research

Enclosure
Cc: file

LT-002 (02/10)





Corporate Headquarters
39150 Fremont Boulevard
Fremont, CA 94538
TEL (510) 792-2300

www.fremontbank.com

May 11, 2022

Tahlia Tashjian
Vahe S Tashjian
901 Loyola Dr
Los Altos, CA 94024

Dear Customer,

Fremont Bank has been served a Subpoena from Fox Rothschild LLP requesting information relating to your account(s). This request requires us to produce certain information or records relating to you as shown on the enclosed copy.

We are informing you of this demand in accordance with our policy of notifying our customers when legal process or similar formal demands are made for information about their accounts or their relationships with us.

While we try to protect the privacy of all of our customers, we must comply with valid legal demands for information made upon us. To protect your rights, you may wish to discuss this matter with your legal counsel.

Sincerely,

Legal Process & Research

Enclosure
Cc: file

LT-002 (02/10)

RECEIVED #22-0377
By RC FREMONT BANK at 4:10 pm, May 06, 2022

received 5/6/22 2:18pm
J Vargas

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

__Northern__ District of __California__

In re __Dutchints Development LLC__
         Debtor

*(Complete if issued in an adversary proceeding)*

Case No __21-51255-MEH__

Chapter __7__

_____
Plaintiff

v.

_____
Defendant

Adv. Proc. No. _____

COPY

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: __Fremont Bank, c/o Registered Agent Andrew Mastorakis__
    __37611 Niles Boulevard, Fremont, CA 94536__
*(Name of person to whom the subpoena is directed)*

☒ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material See **Exhibit A to "Order Authorizing 2004 Examination of Various Entities"** attached hereto.

| PLACE Fox Rothschild LLP<br>345 California Street, Suite 2200, San Francisco, CA 94104 | DATE AND TIME<br>June 7, 2022  9:00 a.m. |
|---|---|

☐ *Inspection of Premises* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P 45, made applicable in bankruptcy cases by Fed. R. Bankr. P 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __May 4, 2022__

                    CLERK OF COURT

                                    OR    _[signature]_
        _____              _____
        Signature of Clerk or Deputy Clerk      Attorney's signature

The name, address, email address, and telephone number of the attorney representing *(name of party)* Richard A. Marshack, Chapter 7 Trustee _____, who issues or requests this subpoena, are: Edward J. Tredinnick, Fox Rothschild LLP 345 California Street, Suite 2200, San Francisco, CA 94104, (415) 248-1577, Email: etredinnick@foxrothschild.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P 45(a)(4).

```
RECEIVED  #22-0377
By RC FREMONT BANK at 4:10 pm, May 06, 2022
```



Entered on Docket
April 29, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MICHAEL A SWEET (SBN 184345)
   msweet@foxrothschild.com
2  JACK PRAETZELLIS (SBN 267765)          The following constitutes the order of the Court.
   jpraetzellis@foxrothschild.com          Signed April 29, 2022
3  EDWARD J TREDINNICK (SBN 84033)
   etredinnick@foxrothschild.com
4  FOX ROTHSCHILD LLP                     *M. Elaine Hammond*
   345 California Street, Suite 2200
5  San Francisco, California 94104        _____
   Telephone   (415) 364-5540              M Elaine Hammond
6  Facsimile   (415) 391-4436              U.S. Bankruptcy Judge

7  Attorneys for Kari Bowyer,
   Interim Chapter 7 Trustee
8

9                    UNITED STATES BANKRUPTCY COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                            SAN JOSE DIVISION

12  In re                              | Case No 21-51255-MEH
13  DUTCHINTS DEVELOPMENT LLC,         | Chapter 7
14                      Debtor         | **ORDER AUTHORIZING RULE 2004**
                                       | **EXAMINATION OF VARIOUS ENTITIES**
15                                     |
                                       | [NO HEARING REQUIRED]
16

17      Upon the application of Kari Bowyer, Trustee of the Estate of Dutchints Development LLC,
18  ("**Debtor**") pursuant to Bankruptcy Rule 2004 for an examination of various entities and good cause
19  appearing therefor, IT IS HEREBY ORDERED as follows

20   1  The Trustee may serve upon Wells Fargo Bank, First Republic Bank, Citibank, Fremont Bank
21      and Heritage Bank subpoenas for the production of documents and electronically stored
22      information specified in **Exhibit A** attached hereto

23   2  The Trustee may serve upon Macias Gini & O'Connell, LLP, accountants of the Debtor
24      subpoenas for the production of documents and electronically stored information the
25      documents listed in **Exhibit B** attached hereto.

Case: 21-51255  Doc# 184  Filed 04/29/22  Entered 04/29/22 16 03 19  Page 1 of 7
```

RECEIVED #22-0377
By RC FREMONT BANK at 4:10 pm, May 06, 2022

# EXHIBIT A
## DOCUMENTS TO BE PRODUCED BY:
### Wells Fargo Bank, First Republic Bank, CitiBank, Fremont Bank, Heritage Bank

### DEFINITIONS

A  The term ACCOUNTS shall mean all accounts in the name of the DEBTOR or any DEBTOR-AFFILIATES  The presently known account numbers for the DEBTORS and DEBTOR-AFFILIATES follows below  The list below <u>shall not</u> be treated as an exclusive list of acocunts in the name of the DEBTOR and DEBTOR AFFILIATES

    a  Wells Fargo Bank· x1058, x5551
    b  First Republic Bank  x6637, x5001, x6912
    c  CitiBank. unknown
    d  Fremont Bank  x0679
    e. Heritage Bank. unknown

B  The term DEBTOR shall mean Dutchints Development LLC.

C  The term DEBTOR AFFILIATES shall mean the following persons or entities

    i  T Properties LLC
    ii  18500 Marshall Ln LLC
    iii  24925 Oneonta Drive LLC
    iv  1575 Grant Rd LLC
    v  26088 Duval LLC
    vi  570 S Rengstorff Group LLC
    vii  San Carlos Group LLC
    viii  1st Street Group LLC
    ix.  Flip Fund LLC
    x  18771 Homestead Rd LLC
    xi  Warburton Group LLC
    xii  1900 Warburton Ave
    xiii  Fund 2 LLC

RECEIVED #22-0377
By RC FREMONT BANK at 4:10 pm, May 06, 2022

| | | |
|---|---|---|
| xiv | 980 Golden Way LLC | |
| xv | 5150 ECR Group | |
| xvi | Vera Ave RC LLC | |
| xvii | ADL 2 LLC | |
| xviii | 1st street Group LLC | |
| xix | 1210 Fremont Ave LLC | |
| xx | 5150 ECR Group LLC | |
| xxi | Urban Catalyst Operating | |
| xxii | Stonebrook Drive LLC | |
| xxiii | San Carlos Ave | |
| xxiv | Vahe Tashjian | |
| xxv | Vahe S Tashjian 2018 Living Trust Dated December 19, 2018 | |
| xxvi | Kaela Arnett | |

### CATEGORIES FOR PRODUCTION

1. All signature cards for the ACCOUNTS
2. All agreements, applications, or other customer-related documents for the ACCOUNTS.
3. Copies of all bank statements for the ACCOUNTS
4. Copies of the front and back of all checks written on the ACCOUNTS
5. Copies of the front and back of all checks cashed to the ACCOUNTS.
6. All information concerning any debit or credit to the ACCOUNTS
7. All documents, including electronically stored information, evidencing all debts or credits to the ACCOUNTS
8. All wire information for all wires received into the ACCOUNTS, including but not limited to the source of the wire and wire transfer confirmations and authorizations.
9. All wire information for all wires sent from the ACCOUNTS, including but not limited to the destination of the wire and wire transfer confirmations and authorizations

RECEIVED #22-0377
By RC FREMONT BANK at 4:10 pm, May 06, 2022

10 All communication with the DEBTOR or any DEBTOR-AFFILIATES