MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
EDWARD J. TREDINNICK (SBN 84033)
etredinnick@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

**CHANGES MADE BY COURT**

The following constitutes the order of the Court.
Signed: July 20, 2022

*/s/ M. Elaine Hammond*

M. Elaine Hammond
U.S. Bankruptcy Judge

Exhibits A & B incorporated in body of order.

Attorneys for Chapter 7 Trustee Richard Marshack

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>DUTCHINTS DEVELOPMENT LLC,<br><br>Debtor. | Case No. 21-51255-MEH<br><br>Chapter 7<br><br>**ORDER AUTHORIZING RULE 2004 EXAMINATION OF VARIOUS INDIVIDUALS CONNECTED TO THE DEBTOR**<br><br>[No Hearing Required] |

Upon the Ex Parte Application for Bankruptcy Rule 2004 Examination of Various Individuals Connected to the Debtor (the "**Application**") filed by Richard Marshack, Trustee of the Estate of Dutchints Development LLC, ("**Debtor**") and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. The Trustee may serve deposition subpoenas upon the Individuals specified in Exhibit A hereto.

2. The Trustee may subpoenas for the production of the categories of documents set forth in Exhibit B hereto on the Individuals specified in Exhibit A hereto.

///

///

# EXHIBIT A

## List of Individuals

The term "Individuals" for purpose of this 2004 Examination shall mean the following:

| #   | Last Name  | First Name     |
|-----|------------|----------------|
| 1.  | Abbot      | Michael        |
| 2.  | Arkoussian | Joe            |
| 3.  | Bares      | Karma          |
| 4.  | Burroughs  | Josh           |
| 5.  | Caceres    | Lorena         |
| 6.  | Chan       | Seong          |
| 7.  | Duong      | Tuan           |
| 8.  | Foster     | Karl           |
| 9.  | Greenman   | Jeff           |
| 10. | Hayden     | Erik           |
| 11. | Henderson  | Jeffrey        |
| 12. | Hunter     | Gena Renee     |
| 13. | Johnson    | Clayton        |
| 14. | Kolker     | Keith          |
| 15. | Mackles    | Mogan          |
| 16. | Maneze     | Chris          |
| 17. | Moazzami   | Ciyavash       |
| 18. | Ngo        | Ruby           |
| 19. | Raft       | Sean           |
| 20. | Stotler    | Scott          |
| 21. | Tashjian   | Madeline       |
| 22. | Tashjian   | Vahe           |
| 23. | Whitman    | Aline Tashjian |
| 24. | Zugar      | Michael        |

**EXHIBIT B**

**DOCUMENTS TO BE PRODUCED BY THE INDIVIDUALS:**

**DEFINITIONS**

A. The term DEBTOR shall mean Dutchints Development LLC.

B. The term DEBTOR-AFFILIATES shall mean the following persons or entities:

    a. 1210 Fremont Ave LLC

    b. 1575 Grant Road LLC

    c. 18500 Marshall Ln LLC

    d. 18771 Homestead Rd. LLC

    e. 1900 Warburton Ave

    f. 1st Street Group LLC

    g. 1st street Group LLC

    h. 24925 Oneonta Drive LLC

    i. 26088 Duval LLC

    j. 5150 ECR Group

    k. 5150 ECR Group LLC

    l. 5150 ECR Partners LLC

    m. 570 S. Rengstorff Group LLC

    n. 980 Golden Way LLC

    o. ADL 2 LLC

    p. Any other entity known to the person responding to this subpoena to have any point been owned or controlled, in any manner whatsoever, by the DEBTOR or any DEBTOR-AFFILATE

    q. Arnett, Kaela

    r. DD 1503 Grant Road LLC

    s. DD 1st Street Group LLC

    t. DD 20th Street Group LLC

| | | |
|---|---|---|
| u. | DD 5150 ECR Partners LLC | |
| v. | DD 570 S. Regstroff Group LLC | |
| w. | DD Bulb Rd LLC | |
| x. | DD Fund 2 LLC | |
| y. | DD Fund Manager LLC | |
| z. | DD GPI LLC | |
| aa. | DD Icon Partners LLC | |
| bb. | DD San Carlos Avenue Group | |
| cc. | DD Stonebrook Drive LLC | |
| dd. | DD VDG Group LLC | |
| ee. | DD Warburton Group LLC | |
| ff. | DD/HLC 360 Saratoga Ave LLC | |
| gg. | Dutchints LLC | |
| hh. | Flip Fund LLC | |
| ii. | Fund 2 LLC | |
| jj. | San Carlos Ave | |
| kk. | San Carlos Group LLC | |
| ll. | Stonebrook Drive LLC | |
| mm. | T Properties LLC | |
| nn. | Tashjian Properties LLC | |
| oo. | Tashjian, Madeline | |
| pp. | Tashjian, Vahe | |
| qq. | TPPG, LLC | |
| rr. | Urban Catalyst | |
| ss. | Vahe S. Tashjian 2018 Living Trust Dated December 19, 2018 | |
| tt. | Vera Ave RC LLC | |

uu. Warburton Group LLC

vv. Whitman, Aline Tashjian

**CATEGORIES FOR PRODUCTION**

1. All documents, communcation, and electronically stored information relating to the DEBTOR.

2. All documents, communcation, and electronically stored information relating to any DEBTOR-AFFILIATES. To the extent the party responding to this subpoena is defined as a DEBTOR-AFFILATE, this category shall be limited to communcation relating to any DEBTOR-AFFILIATE excluding the responding party.

3. All documents, communcation, and electronically stored information relating to any current or former ASSET of the DEBTOR. The term ASSET shall mean any personal property (e.g., cash, membership interests in limited liability companies, stock in corporations), real property (e.g., real estate) or intellectual property (e.g., trademarks, copyrights, patents) that was owned, in whole or in part, directly or indirectly, by the DEBTOR.

4. To the extent not already provided in response to this subpoena, documents, communcation, and electronically stored information relating to the financial affairs of the DEBTOR.

5. To the extent not already provided in response to this subpoena, documents, communcation, and electronically stored information relating to the transfer of any ASSET between the DEBTOR and the DEBTOR-AFFILIATES.

6. To the extent not already provided in response to this subpoena, documents, communcation, and electronically stored information relating to the transfer of any ASSET between the DEBTOR and any entity other than the DEBTOR-AFFILIATES.

**\*END OF ORDER\***

Court Service List

All relevant parties served by ECF