RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620-5749
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>DUTCHINTS DEVELOPMENT LLC,<br><br>Debtor. | Case No. 21-51255-MEH<br><br>Chapter 7<br><br>**NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR 11 U.S.C. §341(a)**<br>**VIA ZOOM**<br><br>DATE: 8/19/2022<br>TIME: 11:00 AM<br>PLACE: Via Zoom Info Below<br><br>The Honorable M. Elaine Hammond,<br>United States Bankruptcy Judge |

TO THE ABOVE-NAMED DEBTOR, THE ATTORNEY OF RECORD, AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Meeting of Creditors in the above case will be conducted via ZOOM VIDEO at 11:00 a.m on August 19, 2022. The above-named debtor(s) is required to appear at said date and time pursuant to 11 U.S.C. Section 341(a).

PLEASE NOTE: This Zoom link is for the August 19, 2022 meeting, only:

Join Zoom Meeting

https://gtllp.zoom.us/j/82223603804?pwd=aThjWE1xeTkybzd3aHVRcm9EOXFldz09

Meeting ID: 822 2360 3804

Passcode: 944533

One tap mobile
+12133388477,,82223603804#,,,,*944533# or +16699006833,,82223603804#,,,,*944533#

Dial by your location
    +1 213 338 8477 US (Los Angeles)
    +1 669 900 6833 US (San Jose)
    +1 346 248 7799 US (Houston)
    +1 312 626 6799 US (Chicago)
    +1 929 205 6099 US (New York)
    +1 301 715 8592 US (Washington DC)

Meeting ID: 822 2360 3804

Passcode: 944533

Find your local number: https://gtllp.zoom.us/u/kdsDgX4MUb

Dated: August 5, 2022              By   */s/ Richard A. Marshack*
                                                                Richard A. Marshack, Chapter 7 Trustee

**CHANGES MADE BY COURT**

The following constitutes the order of the Court.
Signed: August 5, 2022

*M. Elaine Hammond* (signature)

M. Elaine Hammond
U.S. Bankruptcy Judge

Order modified to require appearance at 341 hearing on August 19, 2022.

MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
EDWARD J. TREDINNICK (SBN 84033)
etredinnick@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone:   (415) 364-5540
Facsimile:   (415) 391-4436

Attorneys for Richard Marshack,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br>DUTCHINTS DEVELOPMENT LLC,<br>                Debtor. | Case No. 21-51255-MEH<br>Chapter 7<br>**ORDER APPROVING SECOND APPLICATION (I) COMPELLING EXAMINATION OF THE DEBTOR BY AND THROUGH ITS INDIVIDUAL REPRESENTATIVE, VAHE TASHJIAN; AND (II) AUTHORIZING AND DIRECTING THE UNITED STATES MARSHALS SERVICE TO APPREHEND VAHE TASHJIAN IN FURTHERANCE THEREOF, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2005** |

      The Court, having considered the Second Application for Entry of Order Compelling 341(a) Examination and Authorizing Apprehension of Vahe Tashjian in Furtherance Thereof, Pursuant to Federal Rule of Bankruptcy Procedure 2005 (the "Application")[1] filed by Richard Marshack, in his capacity as Chapter 7 Trustee in the above-captioned bankruptcy case (the "Bankruptcy Case") filed by Dutchints Development, LLC (the "Debtor"), currently pending under Chapter 7 of Title 11 of

---

[1] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Application.

the United States Code (the "Bankruptcy Code"), the concurrently filed Declaration of Richard Marshack, related documents filed in support of the Application, and the record in this Bankruptcy Case; finding that the Trustee has provided reasonable notice and opportunity for hearing to the Debtor, the Debtor's individual representative, Vahe Tashjian ("Mr. Tashjian"), and other parties in interest; and good cause appearing therefor:

**IT IS HEREBY ORDERED** as follows:

1. The Application is APPROVED with respect to the request for relief, pursuant to Rule 2005 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

2. Pursuant to Bankruptcy Rule 2005(a), Mr. Tashjian, in his capacity as the Debtor's individual representative, shall appear on behalf of the Debtor for an examination, pursuant to § 341(a), on August 19, 2022 at 11:00 A.M. Mr. Tashjian shall appear via video on the Zoom platform. The Trustee may continue such examination in his discretion, pursuant to Section 341(a), until concluded by the Trustee.

3. In the event Mr. Tashjian does not appear at the August 19, 2022 Section 341(a) meeting, or any subsequently noticed Section 341(a) meeting, the Trustee shall file a declaration attesting to the same. Thereafter, the Court will issue a warrant (the "Warrant") for the arrest of Mr. Tashjian, pursuant to Bankruptcy Rule 2005(a). As set forth more fully in such Warrant, the Court will order and direct the United States Marshals Service to arrest Mr. Tashjian, take Mr. Tashjian into the custody of the United States Marshals Service, and hold Mr. Tashjian in the custody of the United States Marshals Service until such time as directed by the Court. Further, immediately upon the arrest of Mr. Tashjian, or as soon thereafter as practicable, the United States Marshals Service shall notify the Court of his arrest. Thereafter, the Court shall set a hearing on an emergency basis concerning Mr. Tashjian's compliance with the requirement set forth herein that Mr. Tashjian appear at an examination of the Debtor, pursuant to Section 341(a). Upon Mr. Tashjian's appearance at an examination of the Debtor, pursuant to Section 341(a), the Trustee shall immediately, or as soon thereafter as reasonably practicable, file a declaration with the Court attesting to Mr. Tashjian's appearance and participation in the examination. Based upon such declaration, the Court will enter such order as necessary to vacate the Warrant.

4.   The Trustee shall serve a copy of this Order and the Notice of Continued Meeting of Creditors for the August 19, 2022 Section 341(a) meeting on Mr. Tashjian by certified mail not later than two business days after entry of this Order.

END OF ORDER

Court Service List

Case: 21-51255    Doc# 236    Filed: 08/05/22    Entered: 08/05/22 13:23:22    Page 6 of 8

# PROOF OF SERVICE OF DOCUMENTS

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing documents entitled: **ORDER APPROVING SECOND APPLICATION (I) COMPELLING EXAMINATION OF DEBTOR BY AND THROUGH ITS INDIVIDUAL REPRESENTATIVE, VAHE TASHJIAN; AND (II) AUTHORIZING AND DIRECTING THE UNITED STATES MARSHALS SERVICE TO APPREHEND VAHE TASHJIAN IN FURTHERANCE THEREOF, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2005;** and NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR 11 U.S.C. §341(a) VIA ZOOM will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 5, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Marcus O. Colabianchi    mcolabianchi@duanemorris.com, dmicros@duanemorris.com
- Kathryn S. Diemer    kdiemer@diemerwei.com
- William J. Healy    wjhealy7@gmail.com
- Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- Nicholas A. Koffroth    nkoffroth@foxrothschild.com, chris.omeara@dentons.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov
- Meagen E. Leary    meleary@duanemorris.com, jnazzal@duanemorris.com;tjevans@duanemorris.com
- Benjamin R. Levinson    ben@benlevinsonlaw.com
- Susan B. Luce    sluce@diemerwei.com
- Iain A. Macdonald    imac@macfern.com, 6824376420@filings.docketbird.com
- Richard Marshack    pkraus@marshackhays.com, ecf.alert+marshackcanb@titlexi.com
- Byron Z. Moldo    bmoldo@ecjlaw.com, lpekrul@ecjlaw.com
- Vinod Nichani    vinod@nichanilawfirm.com, NichaniVR98323@notify.bestcase.com
- Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
- Jack Praetzellis    jpraetzellis@foxrothschild.com, jack-praetzellis-1683@ecf.pacerpro.com
- Elvina Rofael    elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov
- Valerie Jean Schratz    vschratz@hallgriffin.com, llane@hallgriffin.com
- Leonard M. Shulman    lshulman@shulmanbastian.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Troy H. Slome    tslome@mdjalaw.com, riwata@mdjalaw.com
- Wendy W. Smith    Wendy@bindermalter.com
- Michael St. James    ecf@stjames-law.com
- Michael A. Sweet    msweet@foxrothschild.com, michael-sweet-6337@ecf.pacerpro.com
- Zachary Tyson    zacharytyson@novalawgroup.com, zacharytyson@gmail.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- Kaipo K.B. Young    KYoung@BL-Plaw.com

**2. SERVED BY UNITED STATES MAIL**: On **August 5, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.*

[Returned undeliverable on 7/27/22 and 8/1/22]
Dutchints Development LLC
5150 El Camino Real E20
Los Altos, CA 94022

Grace C. Lee
MEYLAN DAVITT JAIN AREVIAN & KIM LLP
444 S. Flower Street, Suite 1850
Los Angeles, CA 90071

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 5, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.*

**VIA FEDERAL EXPRESS and CERTIFIED MAIL**
Vahe Tashjian
901 Loyola Drive
Los Altos, CA 94024

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 5, 2022 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |