RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620-5749
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-51255-MEH |
| DUTCHINTS DEVELOPMENT LLC, | Chapter 7 |
| Debtor. | **PROOF OF SERVICE OF NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR 11 U.S.C. §341(a) VIA ZOOM** |
| | DATE: 8/19/2022<br>TIME: 11:00 AM<br>PLACE: Via Zoom Info Below |
| | The Honorable M. Elaine Hammond, United States Bankruptcy Judge |

## PROOF OF SERVICE OF DOCUMENTS

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing documents entitled: CERTIFIED MAIL RECEIPT AND FEDERAL EXPRESS RECEIPT RE: ORDER APPROVING SECOND APPLICATION (I) COMPELLING EXAMINATION OF DEBTOR BY AND THROUGH ITS INDIVIDUAL REPRESENTATIVE, VAHE TASHJIAN; AND (II) AUTHORIZING AND DIRECTING THE UNITED STATES MARSHALS SERVICE TO APPREHEND VAHE TASHJIAN IN FURTHERANCE THEREOF, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2005; and NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR 11 U.S.C. §341(a) VIA ZOOM will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

134143858.1

```
           UNITED STATES
           POSTAL SERVICE.

              FOY
          1808 W 7TH ST
       LOS ANGELES, CA 90057-9998
            (800)275-8777
08/05/2022                      04:47 PM

Product           Qty   Unit        Price
                        Price

PM Express 2-Day   1                $29.20
   Los Altos, CA 94024
   Weight: 0 lb 2.80 oz
   Signature Requested
   Scheduled Delivery Date
      Mon 08/08/2022 06:00 PM
   Money Back Guarantee
   Tracking #:
      EI499492043US
   Insurance                         $0.00
      Up to $100.00 included
   Return Receipt                    $3.25
      Tracking #:
         9590 9402 7540 2098 7761 19
Total                               $32.45

Grand Total:                        $32.45

Personal/Bus Check                  $32.45

*****************************************
    Every household in the U.S. is now
      eligible to receive a third set
           of 8 free test kits.
          Go to www.covidtests.gov
*****************************************
```

EI 499 492 043 US

Priority Mail Express tracking number





1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 8, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Marcus O. Colabianchi    mcolabianchi@duanemorris.com, dmicros@duanemorris.com
- Kathryn S. Diemer    kdiemer@diemerwei.com
- William J. Healy    wjhealy7@gmail.com
- Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- Nicholas A. Koffroth    nkoffroth@foxrothschild.com, chris.omeara@dentons.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov
- Meagen E. Leary    meleary@duanemorris.com, jnazzal@duanemorris.com;tjevans@duanemorris.com
- Benjamin R. Levinson    ben@benlevinsonlaw.com
- Susan B. Luce    sluce@diemerwei.com
- Iain A. Macdonald    imac@macfern.com, 6824376420@filings.docketbird.com
- Richard Marshack    pkraus@marshackhays.com, ecf.alert+marshackcanb@titlexi.com
- Byron Z. Moldo    bmoldo@ecjlaw.com, lpekrul@ecjlaw.com
- Vinod Nichani    vinod@nichanilawfirm.com, NichaniVR98323@notify.bestcase.com
- Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
- Jack Praetzellis    jpraetzellis@foxrothschild.com, jack-praetzellis-1683@ecf.pacerpro.com
- Elvina Rofael    elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov
- Valerie Jean Schratz    vschratz@hallgriffin.com, llane@hallgriffin.com
- Leonard M. Shulman    lshulman@shulmanbastian.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Troy H. Slome    tslome@mdjalaw.com, riwata@mdjalaw.com
- Wendy W. Smith    Wendy@bindermalter.com
- Michael St. James    ecf@stjames-law.com
- Michael A. Sweet    msweet@foxrothschild.com, michael-sweet-6337@ecf.pacerpro.com
- Zachary Tyson    zacharytyson@novalawgroup.com, zacharytyson@gmail.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- Kaipo K.B. Young    KYoung@BL-Plaw.com

2. **SERVED BY UNITED STATES MAIL**: On **August 5, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

[Returned undeliverable on 7/27/22 and 8/1/22]
Dutchints Development LLC
5150 El Camino Real E20
Los Altos, CA 94022

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 5, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.*

**VIA FEDERAL EXPRESS and CERTIFIED MAIL**
Vahe Tashjian

1 | 901 Loyola Drive
2 | Los Altos, CA 94024

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 8, 2022 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |