RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620-5749
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-51255-MEH |
| DUTCHINTS DEVELOPMENT LLC, | Chapter 7 |
| Debtor. | **NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR 11 U.S.C. §341(a) VIA ZOOM** |
| | DATE: 9/28/2022<br>TIME: 10:00 a.m.<br>PLACE: Via Zoom Info Below |
| | The Honorable M. Elaine Hammond, United States Bankruptcy Judge |

TO THE ABOVE-NAMED DEBTOR, THE ATTORNEY OF RECORD, AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Meeting of Creditors in the above case will be conducted via ZOOM VIDEO at 10:00 a.m on September 28, 2022. The above-named debtor(s) is required to appear at said date and time pursuant to 11 U.S.C. Section 341(a). PLEASE NOTE: This Zoom link is for the September 28, 2022 meeting, only:

https://gtllp.zoom.us/j/81824546531?pwd=VE56WTZKWDY1ZnlsWmphMk5CaW96Zz09&from=addon

Meeting ID: 818 2454 6531

Passcode: 128944

One tap mobile

+16699006833,,81824546531#,,,,*128944# or +12133388477,,81824546531#,,,,*128944#

Dial by your location
    +1 213 338 8477 US (Los Angeles)
    +1 669 900 6833 US (San Jose)
    +1 346 248 7799 US (Houston)
    +1 312 626 6799 US (Chicago)
    +1 929 205 6099 US (New York)
    +1 301 715 8592 US (Washington DC)

Find your local number: https://gtllp.zoom.us/u/kdsDgX4MUb

Dated: September 13, 2022    By    */s/ Richard A. Marshack*
                                                Richard A. Marshack, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing documents entitled: NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR 11 U.S.C. §341(a) VIA ZOOM will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 13, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Marcus O. Colabianchi    mcolabianchi@duanemorris.com, dmicros@duanemorris.com
- Kathryn S. Diemer    kdiemer@diemerwei.com
- William J. Healy    wjhealy7@gmail.com
- Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- Nicholas A. Koffroth    nkoffroth@foxrothschild.com, chris.omeara@dentons.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov
- Meagen E. Leary    meleary@duanemorris.com, jnazzal@duanemorris.com;tjevans@duanemorris.com
- Benjamin R. Levinson    ben@benlevinsonlaw.com
- Susan B. Luce    sluce@diemerwei.com
- Iain A. Macdonald    imac@macfern.com, 6824376420@filings.docketbird.com
- Richard Marshack    pkraus@marshackhays.com, ecf.alert+marshackcanb@titlexi.com
- Byron Z. Moldo    bmoldo@ecjlaw.com, lpekrul@ecjlaw.com
- Vinod Nichani    vinod@nichanilawfirm.com, NichaniVR98323@notify.bestcase.com
- Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
- Jack Praetzellis    jpraetzellis@foxrothschild.com, jack-praetzellis-1683@ecf.pacerpro.com
- Elvina Rofael    elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov
- Valerie Jean Schratz    vschratz@hallgriffin.com, llane@hallgriffin.com
- Leonard M. Shulman    lshulman@shulmanbastian.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Troy H. Slome    tslome@mdjalaw.com, riwata@mdjalaw.com
- Wendy W. Smith    wendy@bindermalter.com
- Michael St. James    ecf@stjames-law.com
- Michael A. Sweet    msweet@foxrothschild.com, michael-sweet-6337@ecf.pacerpro.com
- Zachary Tyson    zacharytyson@novalawgroup.com, zacharytyson@gmail.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- Kaipo K.B. Young    KYoung@BL-Plaw.com

**2. SERVED BY UNITED STATES MAIL**: On **September 13, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

[**Returned undeliverable on 7/27/22 and 8/1/22**]
Dutchints Development LLC
5150 El Camino Real E20
Los Altos, CA 94022

Vahe Tashjian
901 Loyola Drive
Los Altos, CA 94024

Grace C. Lee
MEYLAN DAVITT JAIN AREVIAN & KIM LLP
444 S. Flower Street, Suite 1850
Los Angeles, CA 90071

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury that the foregoing is true and correct.

| September 13, 2022 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |