MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

Attorneys for Chapter 7 Trustee Richard Marshack

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-51255-MEH |
| DUTCHINTS DEVELOPMENT LLC, | Chapter 7 |
| Debtor. | **NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO APPROVE COMPROMISE WITH OWNERS OF 18500 AND 18520 MARSHALL LANE, SARATOGA, CA** |
| | [No Hearing Unless Timely Requested Under Bankruptcy Local Rule 9014-1(B)(3)] |
| | The Honorable M. Elaine Hammond, United States Bankruptcy Judge |

**TO THE DEBTOR, CREDITORS THAT FILED PROOFS OF CLAIM, PARTIES REQUESTING SPECIAL NOTICE AND ANY OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Richard Marshack, trustee ("Trustee") for the Chapter 7 bankruptcy estate of Dutchints Development LLC ( the "Debtor"), is moving (the "Motion"), Pursuant to Federal Rule of Bankruptcy Procedure 9019, for Approval of a Compromise with John H. Bellicitti, as Trustee of the John and Monica Bellicitti 2015 Revocable Trust under Trust Agreement dated July 9, 2015, as amended, FBO John H. Bellicitti, as his sole and separate property, and as Trustee of the Harry L. Bellicitti Exempt Trust under Trust Agreement dated April 16, 1997, as amended FBO John H. Bellicitti ("John"); Mary F. Driggs, as Trustee of the Mary F. Driggs 2012 Separate Property Trust under Trust Agreement dated July 17, 2012, as amended, and as Trustee of the Harry L. Bellicitti Exempt Trust under Trust Agreement dated April 16, 1997, as amended, FBO Mary F. Driggs ("Mary"); Robert J. Bellicitti, as Trustee of the Bellicitti 2015 Revocable Trust under Trust Agreement dated July 9, 2015, as amended, FBO Robert J. Bellicitti, as his sole and separate property, and as Trustee of the Harry L. Bellicitti Exempt Trust under Trust Agreement dated April 16, 1997 as amended FBO Robert J. Bellicitti ("Robert"); and Harry L. Bellicitti, Jr., as Trustee of The Harry and Carol Ann Bellicitti 2015 Revocable Trust under Trust Agreement dated July 8, 2015, as amended, FBO Harry L. Bellicitti, Jr. as his sole and separate property, and as Trustee of the Harry L. Bellicitti Exempt Trust under Trust Agreement dated April 16, 1997, as

amended, FBO Harry L. Bellicitti, Jr. ("Harry") (collectively, the "Owner"), over that certain purchase and sale agreement, as amended (the "PSA").

By the Motion, the Trustee seeks an order approving a compromise (the "Compromise") with Owner whereby, among other things: (a) the PSA shall be terminated and rejected; (b) $145,000 of the $160,000 deposit made on October 24, 2018 shall be distributed to the Trustee; (c) the remainder of the money deposited in connection with the PSA shall be distributed to the Owner; and (d) the Parties and their affilates shall release each other to the fullest extent possible.

The full particulars of the Compromise are set forth in the Settlement Agreement attached to the Motion as **Exhibit A** (the "Agreement"). The proposed order on the Motion, in substantially the form requested, is attached to the Motion as **Exhibit B**.

The Motion is supported by this Notice and Opportunity for Hearing, the Motion, Memorandum in Support and its Exhibits, the Declarations of John Bellicitti, and Kailey Wright, the record in this case, and such further evidence and argument as may be presented at the hearing on the Motion, if any.

Copies of these documents may be downloaded for a fee at ecf.canb.uscourts.gov. Copies may also be obtained by email request to khoang@foxrothschild.com and jpraetzellis@foxrothschild.com.

**Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice.**

**Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position. If there is no timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default.**

**In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.**

WHEREFORE, the Trustee requests entry of an order, in substantially the form attached as **Exhibit B** to the Motion, authorizing the relief sought above, including compromising the claims on the terms and conditions set forth in the Motion and the Settlement Agreement attached as **Exhibit A** to the Motion.

Dated: September 22, 2022      **FOX ROTHSCHILD LLP**

By /s/ *Jack Praetzellis*
Michael A. Sweet
Jack Praetzellis
Attorneys for Richard Marshack, Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled: **NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO APPROVE COMPROMISE WITH OWNERS OF 18500 AND 18520 MARSHALL LANE, SARATOGA, CA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 22, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Marcus O. Colabianchi    mcolabianchi@duanemorris.com, dmicros@duanemorris.com
- Kathryn S. Diemer    kdiemer@diemerwei.com
- William J. Healy    wjhealy7@gmail.com
- Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- Nicholas A. Koffroth    nkoffroth@foxrothschild.com, chris.omeara@dentons.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov
- Meagen E. Leary    meleary@duanemorris.com, jnazzal@duanemorris.com;tjevans@duanemorris.com
- Benjamin R. Levinson    ben@benlevinsonlaw.com
- Susan B. Luce    sluce@diemerwei.com
- Iain A. Macdonald    imac@macfern.com, 6824376420@filings.docketbird.com
- Richard Marshack    pkraus@marshackhays.com, ecf.alert+marshackcanb@titlexi.com
- Byron Z. Moldo    bmoldo@ecjlaw.com, lpekrul@ecjlaw.com
- Vinod Nichani    vinod@nichanilawfirm.com, NichaniVR98323@notify.bestcase.com
- Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
- Jack Praetzellis    jpraetzellis@foxrothschild.com, jack-praetzellis-1683@ecf.pacerpro.com
- Elvina Rofael    elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov
- Valerie Jean Schratz    vschratz@hallgriffin.com, llane@hallgriffin.com
- Leonard M. Shulman    lshulman@shulmanbastian.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Troy H. Slome    tslome@mdjalaw.com, riwata@mdjalaw.com
- Wendy W. Smith    wendy@bindermalter.com
- Michael St. James    ecf@stjames-law.com
- Michael A. Sweet    msweet@foxrothschild.com, michael-sweet-6337@ecf.pacerpro.com
- Zachary Tyson    zacharytyson@novalawgroup.com, zacharytyson@gmail.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- Kaipo K.B. Young    KYoung@BL-Plaw.com

**2. SERVED BY UNITED STATES MAIL**: On September 22, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.*

Active\118534396.v2-1/12/21

Vahe Tashjian
901 Loyola Drive
Los Altos, CA 94024

Gena Hunter and 18500 Marshall LN LLC
5150 El Camino Real, Suite E20
Los Altos CA 94022

T Properties LLC
1525 Miramonte Ave, Suite 3892
Los Altos, CA 94024

*See attached service list for additional parties served by U.S mail

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on N/A, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 22, 2022 | Kimberly Hoang | /s/ Kimberly Hoang |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 21-51255<br>California Northern Bankruptcy Court<br>San Jose<br>Thu Sep 22 18:31:55 PDT 2022 | APN4 LLC<br>650 Castro St Ste 120, Box 215<br>Mountain View, CA 94041-2093 | Aladjian/Vardanyan<br>% Avetis Vardanyan<br>12922 Strathern Street<br>North Hollywood, Ca 91605-1717 |
| All Shore Capital<br>333 Pearsall Ave<br>Cedarhurst, NY 11516-1842 | American Express<br>16 General Warren Blvd<br>PO Box 3001<br>Malvern, PA 19355-0701 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| Amir Electric<br>237 Marianna Way<br>Campbell, Ca 95008-1801 | Anthony P. Carvalho<br>c/o William J. Healy, Esq.<br>Law Office of Wiliam J. Healy<br>748 Holbrook Pl.<br>Sunnyvale, CA 94087-1802 | Badi Enayati<br>280 Easy Street #116<br>Mountain View, CA 94043-3736 |
| Behrooz R. Shahab and Laurie A . Shahab, Tru<br>Law Office of Benjamin R. Levinson<br>4340 Stevens Creek Blvd., Ste 199<br>San Jose, CA 95129-1102 | Behrooz R. Shahab and Laurie Shahab<br>FCI Lender Services, Inc.<br>8180 E. Kaiser Blvd.<br>Anaheim Hills, CA 92808-2277 | Behrooz R. Shahab and Laurie Shahab<br>c/o FCI Lender SErvices, Inc.<br>8180 E Kaiser Blvd.<br>Anaheim, CA 92808-2277 |
| Harry L. Bellicitti, Jr., as Trustee<br>Hopkins & Carley, ALC<br>c/o Monique D. Jewett-Brewster<br>70 S. First Street<br>San Jose, CA 95113-2406 | John H. Bellicitti, as Trustee<br>Hopkins & Carley, ALC<br>c/o Monique D. Jewett-Brewster<br>70 S. First Street<br>San Jose, CA 95113-2406 | Robert J. Bellicitti, as Trustee<br>Hopkins & Carley, ALC<br>c/o Monique D. Jewett-Brewster<br>70 S. First Street<br>San Jose, CA 95113-2406 |
| Rishi Bhargava<br>c/o Diemer & Wei LLP<br>55 S. Market St. STE 1420<br>San Jose, CA 95113-2365 | Biao Chen<br>11128 La Paloma Drive<br>Cupertino, CA 95014-4773 | Bnusiness Funding Source<br>27702 Crown Valley Pkwy D4-179<br>Ladera Ranch, Ca 92694-0608 |
| Brent Roles<br>2559 Butch Dr<br>Gilroy, CA 95020-9035 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| CBS Finance<br>35453B Dumbarton Ct.<br>Newark, Ca 94560-1100 | California Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0531 | California TD Specialists<br>Attn: Teri Snyder<br>8190 East Kaiser Blvd<br>Anaheim, CA 92808-2215 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | Casa Blanca Investments, LLC<br>c/o Law Office of Wayne A. Silver<br>643 Bair Island Road<br>Suite 403<br>Redwood City, CA 94063-2758 | Catherine Hung<br>102 Granada Drive<br>Mountain View, CA 94043-4556 |
| Cathy Ettenger<br>Attn: Cathy Ettenger<br>581 Bridgeport Terrace<br>Sunnyvale, CA 94087-6402 | Cathy Ettenger<br>PO Box 7080<br>San Carlos, CA 94070-7080 | Charles & Carrie Mousseau and Anthony Carval<br>987 Loa Verde Ave.<br>Palo Alto, CA 94303 |

| | | |
|---|---|---|
| Charles Mousseau / Anthony P. Carvalho<br>% Charles Mousseau<br>987 Loa Verde Ave.<br>Palo Alto, Ca 94303 | Clearfund<br>99 Wall Street<br>Ste 2613<br>New York, NY 10005-4301 | Clow<br>425 Hillwood Ct<br>Mountain View, CA 94040-4706 |
| Cnty. of Santa Clara Dept. of Tax and Collec<br>852 N. First St.<br>San Jose, CA 95112-6312 | Cogenta Communications<br>8 Hillcroft Way<br>Walnut Creek, Ca 94597-3908 | Marcus O. Colabianchi<br>Duane Morris LLP<br>1 Market Plaza<br>Spear Street Tower #2200<br>San Francisco, CA 94105-1198 |
| Coren LLC<br>953 Colonial Lane<br>Palo Alto, Ca 94303-3727 | Cornerstone Environmental Contractors, I<br>PO Box 5127<br>Concord, Ca 94524-0127 | Cornerstone Environmental Contractors, I<br>PO Box 5127, Cocord, CA 94524<br>Concord, Ca 94524-0127 |
| Cortron System, Inc.<br>1035 Minnesota Ave., Ste D<br>San Jose, Ca 95125-2431 | Cruzon Consulting<br>3601 Affirmed Way<br>Carmichael, Ca 95608-3001 | David Heyman<br>687 North San Antonio Road<br>Los Altos, CA 94022-1248 |
| David Heyman<br>687 North San Antonion Rd.<br>Los Altos, CA 94022-1248 | Davidovich Stein Law Group<br>6442 Coldwater Canyon Ave, Ste 209<br>North Hollywood, Ca 91606-1167 | Kathryn S. Diemer<br>Diemer & Wei, LLP<br>55 S Market Street<br>Suite 1420<br>San Jose, CA 95113-2365 |
| Don Henry<br>Village Partners, Inc<br>4340 Von Karman Ave., Ste 140<br>Newport Beach, Ca 92660-1201 | Mary F. Driggs, as Trustee<br>Hopkins & Carley, ALC<br>c/o Monique D. Jewett-Brewster<br>70 S. First Street<br>San Jose, CA 95113-2406 | Dutchints Development LLC<br>5150 El Camino Real E20<br>Los Altos, CA 94022-1559 |
| Eden Landscape Management<br>13295 Berwick St<br>Saratoga, Ca 95070-4638 | Ettenger<br>PO Box 7080<br>San Carlos, CA 94070-7080 | FCI Lender Services, Inc.<br>P.O. Box 27370<br>Anaheim, CA 92809-0112 |
| FOURNIER TAX CONSULTING 401K<br>% Hamilton Ridge Capital<br>111 N Market St, Ste 300<br>San Jose, CA 95113-1116 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Farshid Sabet & Badi Enayati<br>% Daniel L. Cases, Esq.<br>Casas Riley Simonian LLP<br>55 North 3rd St.<br>Campbell, CA 95008-2070 |
| Fred Kurland<br>4213 Los Palos Ave.<br>Palo Alto, Ca 94306-4308 | GREGORY GALEN LIN<br>% Hamilton Ridge Capital<br>111 N Market St., Ste 300<br>San Jose, CA 95113-1116 | Gagen McCoy<br>630 San Ramon Valley Blvd<br>Suite #100<br>POB 218<br>Danville, Ca 94526-0218 |
| Gagen, McCoy, McMahon, Koss, Markowitz & Fan<br>630 San Ramon Valley Blvd., Suite 100<br>Danville, CA 94526-4088 | Gary Bruce Laine<br>1261 Oak Knoll Drive<br>San Jose, CA 95129-4129 | Golden State Warriors, LLC<br>Leader-Picone & Young, LLP<br>c/o Kaipo K.B. Young, Esq.<br>1970 Broadway Suite 1030<br>Oakland, CA 94612-2222 |

| | | |
|---|---|---|
| Golden State Warriors, LLC, in its capacity a<br>c/o Leader-Picone & Young, LLP<br>1970 Broadway Suite 1030<br>Oakland, CA 94612-2222 | Shweta Goyal<br>c/o Diemer & Wei LLP<br>55 S. Market St. STE 1420<br>San Jose, CA 95113-2365 | HAROUT TANCHIAN<br>250 174TH ST. #2201<br>SUNNY ISLES BEACH, FL 33160-3353 |
| Hamilton Ridge Capital<br>111 N Market St., Ste 300<br>San Jose, CA 95113-1116 | Harms<br>805 Cncorde Circle, #1205<br>Linthicum Heights, MD 21090-1763 | Paul Harms<br>861 Concorde Circle<br>Unit 31411<br>Linthicum Heights, MD 21090-2968 |
| Harout Tanchian<br>6255 Canoga Ave. #14<br>Woodland Hills, Ca 91367-2404 | William J. Healy<br>Law Office of William J. Healy<br>748 Holbrook Pl<br>Sunnyvale, CA 94087-1802 | Geoffrey A. Heaton<br>Duane Morris LLP<br>1 Market, Spear Tower #2200<br>San Francisco, CA 94105-1127 |
| Horner Law Group<br>80 S Broadway, Ste 200<br>Walnut Creek, CA 94596-5151 | Horner Law Group<br>800 S Broadway, Ste 200<br>Walnut Creek, CA 94596-5227 | Horner Law Group, P.C.<br>800 S. Broadway, Suite 200<br>Walnut Creek, CA 94596-5227 |
| Hui Chen<br>953 Colonial Ln.<br>Palo Alto, CA 94303-3727 | Hung<br>102 Granada Drive<br>Mountain View, CA 94043-4556 | IRA Services Trust co Kathryn Mary MortonIRA<br>1157 West Dana St<br>Mountain View, CA 94041-1224 |
| IRA Services TrustCo CFBO Chunqing Cheng IRA<br>PO Box 700173<br>San Jose, CA 95170-0173 | IRA ServicesTrust co Kathryn Mary Morton<br>IRA800119<br>1157 West Dana St.<br>Mountain View, CA 94041-1224 | Inikosoft Design Inc.<br>15495 Los Gatos Blvd., Ste 4<br>Los Gatos, CA 95032-2544 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Irene Jeanette Gary<br>375 Brookmere Drive<br>San Jose, CA 95123-5642 | Irwin Heyman and Yakira Heyman<br>687 North San Antonio Road<br>Los Altos, CA 94022-1248 |
| Janet Bocek<br>50 Castro St., Ste. 120<br>Box 215<br>Mountain View, CA 94042-0215 | Janet Bocek<br>650 Castro St Ste 120, Box 215<br>Mountain View, CA 94041-2093 | Monique Jewett-Brewster<br>Hopkins & Carley<br>The Letitia Building<br>70 S First St.<br>San Jose, CA 95113-2406 |
| Johanna Fogl<br>7 Fogl Court<br>Redwood City, CA 94061-3453 | Johanna Fogl<br>7 Fogl Ct.<br>Redwood City, Ca 94061-3453 | Johanna L. Fogl<br>7 Fogl Court<br>Redwood City, CA 94061-3453 |
| John Barco<br>970 Thompson Lane<br>Petaluma, CA 94952-1211 | John Hondagneau<br>1023 Fulton Street<br>Redwood City, Ca 94061-1726 | John Hondagneu<br>1023 Fulton Street<br>Redwood City, CA 94061-1726 |

Kent Allen Fritz
665 Sonia Way
Mountain View, CA 94040-2524

Kimberlee Parker
430 Evans Road
Milpitas, CA 95035-5042

Kimberlee Parker
430 Evans Road
Santa Clara, CA 95053-0001

Nicholas A. Koffroth
Dentons US LLP
601 S Figueroa St. #2500
Los Angeles, CA 90017-5709

Timothy S. Laffredi
Office of the U. S. Trustee - San Jose
280 South 1 St., Suite 268
San Jose, CA 95113-3004

Law Offices of Curtis W Herron
212 Main St., Ste 4
Los Gatos, CA 95030

Meagen E. Leary
Law Offices of Duane Morris LLP
One Market Plaza #2200
Spear Tower
San Francisco, CA 94105-1127

Grace C. Lee
MEYLAN DAVITT JAIN AREVIAN & KIM LLP
444 S. Flower Street, Suite 1850
Los Angeles, CA 90071-2969

Leonard J. Trejo & Shenghua Liu
408 HILL ST
CAPITOLA, CA 95010-3605

Benjamin R. Levinson
Law Office of Benjamin R. Levinson
4340 Stevens Creek Blvd.
Suite 199
San Jose, CA 95129-1102

Susan B. Luce
Diemer and Wei, LLP
55 S Market Street
Suite 1420
San Jose, CA 95113-2365

MGO
PO Box 7709
San Francisco, CA 94120-7709

Iain A. Macdonald
Macdonald Fernandez LLP
221 Sansome St. Third Floor
San Francisco, CA 94104-2331

(p)RICHARD A MARSHACK
ATTN MARSHACK HAYS LLP
870 ROOSEVELT
IRVINE CA 92620-3663

Meyer Grinberg
213 Anita Avenue
Pittsburgh, PA 15217-3120

Michael Leong, custodial IRA with AET
1235 Kari Lane
Nipomo
Nipomo, CA 93444-6684

Milton R. Grinberg and Judith Grinberg T
1254 Middlefield Road
Palo Alto, CA 94301-3346

Milton R. Grinberg and Judith Grinberg Trust
1254 Middlefield Road
Palo Alto, CA 94301-3346

Byron Z. Moldo
Ervin Cohen and Jessup LLP
9401 Wilshire Blvd, 9th Fl
Beverly Hills, CA 90212-2945

Carrie Riopel Mousseau, Trustees for the Mou
c/o Charles Mousseau
987 Loa Verde Ave.
Palo Alto, CA 94303

Charles Alan Mousseau, Trustees for the Mous
c/o Charles Mousseau
987 Loa Verde Ave.
Palo Alto, CA 94303

Mousseau/Carvahlo
% Charles Mousseau
987 Loa Verde Ave.
Palo Alto, Ca 94303

Vinod Nichani
Nichani Law Firm
111 N Market St. #300
San Jose, CA 95113-1116

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Orange Coast Title Co. of Northern Calif
c/o Hall Griffin LLP
1851 E. First St., 10th Flr.
Santa Ana, CA 92705-4054

Orange Coast Title Company of Northern Calif
c/o Hall Griffin LLP
1851 E. First St., 10th Flr
Santa Ana, CA 92705-4054

Orange Coast Title Company of NorthernCA
c/o Valerie J. Schratz, Esq.
Hall Griffin LLP
1851 E. First St., 10th Floor
Santa Ana, CA 92705-4054

Panther Capital
1010 Broadway Suite 104
Woodmere, NY 11598-1277

Patagonia Landscaping
519 Catherdral Drive
Aptos, CA 95003-3425

Paul H. Harms
861 Concorde Circle Unit 31411
Linthicum Heights MD 21090-2968

| | | |
|---|---|---|
| Paul H. Harms<br>c/o Binder & Malter, LLP<br>2775 Park Ave.<br>Santa Clara, CA 95050-6004 | Paul Harms<br>805 Concorde Circle, #1205<br>Linthicum Heights, MD 21090-1763 | Paul Harms<br>Attn: Paul Harms<br>861 Concorde Circle Unit 31411<br>Linthicum Heights, MD 21090-2968 |
| Paymon Hifai, Esq.<br>800 S Broadway Ste 200<br>Walnut Creek, CA 94596-5227 | Pensco IRA Custodian FBO Rajiv Arora<br>c/o Rajiv Arora<br>643 Bair Island Road, Suite 403<br>Redwood City, CA 94063-2758 | Pensco Trust Company, LLC, Custodian FBO Ant<br>c/o Charles Mousseau<br>987 Loa Verde Ave.<br>Palo Alto, CA 94303 |
| Pensco Trust Company, LLC, Custodian FBO Cha<br>c/o Charles Mousseau<br>987 Loa Verde Ave.<br>Palo Alto, CA 94303 | Pfendt Survivors Trust<br>1101 Suffolk Ct.<br>Los Altos, Ca 94024-5526 | Jack Praetzellis<br>Fox Rothschild LLP<br>345 California St. #2200<br>San Francisco, CA 94104-2670 |
| RICHARD TOD SPIEKER AND CATHERINE R SPIEKER<br>C/O ROBERT N. BURMEISTER, ESQ.<br>702 MARSHALL STREET, SUITE 500<br>SUITE 500<br>REDWOOD CITY, CA 94063-1826 | Rajeev Guliani<br>c/o Law Office of Wayne A. Silver<br>643 Bair Island Road<br>Suite 403<br>Redwood City, CA 94063-2758 | Rajiv Arora<br>206 Mission tierra Place<br>Fremont, Ca 94539-5462 |
| Rajiv Guliani<br>630 Enos Street<br>Fremont, Ca 94539-5293 | Rebecca R. Heyman<br>1713 Third Street<br>Alameda, CA 94501-1833 | Reliable Property Management<br>1650 Zanker Rd., #100<br>San Jose, CA 95112-1133 |
| Richard TodSpieker &Catherine R. Spieker<br>c/o Robert N. Burmeister, Esq.<br>702 Marshall Street, Suite 500<br>Redwood City, CA 94063-1826 | Rishi Bhargava and Shweta Goyal<br>c/o Diemer & Wei LLP<br>55 S. Market St. STE 1420<br>San Jose, CA 95113-2365 | Elvina Rofael<br>DOJ-Ust<br>450 Golden Gate Avenue<br>Ste 05-0153<br>San Francisco, CA 94102-3661 |
| Ruyi International LLC<br>2895 Glen Donegal Dr<br>San Jose, CA 95148-2535 | SCC DTAC<br>852 N. First St.<br>San Jose, CA 95112-6312 | SCC DTAC<br>PO Box 60534<br>City of Industry, CA 91716-0534 |
| STOEV<br>30 Caledonia St., Ste 4<br>Saucalito, CA 94965-2155 | San Jose Water Company<br>110 W Taylor St<br>San Jose, CA 95110-2131 | Sandra Clow<br>425 Hillwood Ct<br>Mountain View, CA 94040-4706 |
| Valerie Jean Schratz<br>Hall Griffin LLP<br>1851 E 1st St., 10th Fl.<br>Santa Ana, CA 92705-4054 | Leonard M. Shulman<br>SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618-4969 | Wayne A. Silver<br>Law Offices of Wayne A. Silver<br>643 Bair Island Road, Suite 403<br>Redwood City, CA 94063-2758 |
| Kevin Singer<br>State Court Receiver<br>c/o Byron Z. Moldo<br>ERVIN COHEN & JESSUP LLP<br>9401 Wilshire Blvd., Ninth Floor<br>Beverly Hills, CA 90212-2945 | Troy H. Slome<br>Meylan Davitt Jain Arevian & Kim LLP<br>444 S Flower St. #1850<br>Los Angeles, CA 90071-2969 | Wendy W. Smith<br>Law Offices of Binder and Malter<br>2775 Park Ave.<br>Santa Clara, CA 95050-6004 |

| | | |
|---|---|---|
| Michael St. James<br>St. James Law<br>22 Battery Street, Suite 810<br>San Francisco, CA 94111-5522 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | State Compensation Insurance Fund<br>PO Box 7441<br>San Francisco, CA 94120-7441 |
| Streim Gilbert Family Trust<br>4659 Tally Ho Trail<br>Boulder, CO 80301-3863 | Structure Law Group, LLP<br>1754 Technology Drive, Ste 135<br>San Jose, CA 95110-1320 | Michael A. Sweet<br>Fox Rothschild LLP<br>345 California Street, Suite 2200<br>San Francisco, CA 94104-2670 |
| THE SHAHAB FAMILY REVOCABLE TRUST<br>% Hamilton Ridge Capital<br>111 N Market St., Ste 300<br>San Jose, CA 95113-1116 | Vahe Tashjian<br>901 Loyola Drive<br>Los Altos, CA 94024-5922 | The Sabet Revocable Family Trust<br>Attn: Farshid Sabet<br>11198 Magdalena Avenue<br>Los Altos Hills, CA 94024-5139 |
| Thomas E. Pare<br>1685 Notre Dame Dr.<br>Mountain View, CA 94040-3640 | Thomas Pare<br>1685 Notre Dame Drive<br>Mountain View, CA 94040-3640 | Tod Fukushima and Lourdes Martinez<br>1575 Princeton Drive<br>San Jose, CA 95118-3360 |
| (c)TOP ROCK CONSTRUCTION, INC., A CALIFORNIA<br>WILLIAM M. KAUFMAN, ESQ., SWEENEY MASON<br>983 UNIVERSITY AVE STE C104<br>LOS GATOS CA 95032-7637 | Troy Underwood<br>435 Sheridan Avenue<br>Suite 301<br>Palo Alto, Ca 94306-2052 | Zachary Tyson<br>Nova Law Group<br>800 West El Camino Real #180<br>Mountain View, CA 94040-2586 |
| (p)U S ATTORNEY'S OFFICE NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 | UNITED STATES TRUSTEE<br>280 SOUTH FIRST STREET, ROOM 268<br>SAN JOSE, CA 95113-3000 | Unique Funding Solutions<br>1672 E 22nd St<br>Brooklyn, NY 11229-1544 |
| Vachik Sarkissian<br>917 Stanley Ave<br>Los Altos, Ca 94024-5069 | Vahe Baronian<br>250 Silvia Ct.<br>Los Altos, Ca 94024-3839 | Velocity Group USA<br>290 Broadhollow Rd.<br>Melville, NY 11747-4801 |
| Verse Two Properties, LLC<br>St. James Law, P.C.<br>22 Battery Street, Suite 810<br>San Francisco, CA 94111-5522 | Verse Two Properties, LLC<br>% Michael St. James<br>St. James Law, PC.<br>22 Battery St., Ste 810<br>San Francisco, CA 94111-5522 | Verse Two Properties, LLC<br>% St. James Law, P.C.<br>22 Battery St, Ste 810<br>San Francisco, CA 94111-5522 |
| Verse Two Properties, LLC<br>834 S Perry Street, Ste., F-251<br>Castle Rock, CO 80104-1918 | Verse Two Properties, LLC<br>Attn: James Payne<br>834 S. Perry St. Ste F-521<br>Castle Rock, CO 80104-1918 | Verse Two Properties, LLC<br>PO Box 2126<br>Saratoga, CA 95070-0126 |
| Marta Villacorta<br>Office of the U. S. Trustee<br>280 South 1st Street, Suite 268<br>San Jose, CA 95113-3004 | Village Partners Inc.<br>4340 Von Karman Ave, Ste 200<br>Newport Beach, CA 92660-1201 | WG Fund<br>1969 Rutgers University boulevard<br>Lakewood, NJ 08701-4538 |

| | | |
|---|---|---|
| WG Fund LLC<br>101 Chase Ave., Ste 207-208<br>Lakewood, NJ 08701-4760 | West Coast<br>21606 Devonshire Stree<br>Suite 4149<br>Chatsworth, Ca 91311-2901 | West Coast Business Capital<br>116 Nassau St., Ste 804<br>New York, NY 10038-2481 |
| West Coast Business Capital<br>21606 Devonshire St.<br>Suite 4149<br>Chatsworth, Ca 91311-2901 | William Hezmalhalch Architects, Inc.<br>5000 Executive Pkwy Suite 375<br>San Ramon, CA 94583-4210 | (c)WILLIAM M KAUFMAN<br>SWEENEY MASON LLP<br>983 UNIVERSITY AVE STE C104<br>LOS GATOS CA  95032-7637 |
| Kaipo K.B. Young<br>Leader-Picone & Young, LLP<br>1970 Broadway #1030<br>Oakland, CA 94612-2222 | Yuqing Zhou<br>171 oak haven pl NW<br>Concord, NC 28027-5596 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Richard Marshack<br>Richard A. Marshack,Cacb Ch 7 Trustee<br>C/O Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620 | State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3400 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | | |
|---|---|---|
| Top Rock Construction, Inc., a California co<br>William M. Kaufman, Esq., Sweeney Mason<br>983 University Avenue, Suite 104C<br>Los Gatos, CA 95032 | William M Kaufman<br>Sweeney Mason LLP<br>983 University Avenue, Suite 104C<br>Los Gatos,  95032 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)5150 ECR Los Altos, LLC | (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (u)Janet Bocek |
| (u)Crystal Springs Capital | (u)Farshid Sabet & Badi Enayati | (u)Johanna Fogl |

| | | |
|---|---|---|
| (u)Grobstein Teeple LLP | (d)Hui Chen<br>953 Colonial ln<br>Palo Alto, CA 94303-3727 | (u)Catherine Hung |
| (u)Eric Kutcher | (u)Lauren Kutcher | (u)Shenghua Lin |
| (u)Official Committee of Unsecured Creditors | (u)Orange Coast Title Company of Northern Cal | (u)Tom Pare' |
| (d)Brent Roles<br>2559 Butch Drive<br>Gilroy, CA 95020-9035 | (u)Sabet / Enayati | (d)Leonard M. Shulman<br>Shulman Bastian Friedman & Bui LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618-4969 |
| (u)Leonard Trejo | (d)Vahe Tashjian<br>901 Loyola Drive<br>Los Altos, CA 94024-5922 | (d)WG Fund LLC<br>1969 Rutgers University boulevard<br>Lakewood, NJ 08701-4538 |

End of Label Matrix
Mailable recipients    187
Bypassed recipients     21
Total                  208