VINOD NICHANI|SBN 277607
NICHANI LAW FIRM
111 North Market Street, Suite 300
San Jose, California 95113
Phone: 408-800-6174
Fax: 408-290-9802
Email: vinod@nichanilawfirm.com

Attorney for
VAHE TASHJIAN, INDIVIDUALLY

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DUTCHINTS DEVELOPMENT, LLC<br><br>Debtor. | Case No.: 21-51255 MEH<br><br>Chapter 7<br><br>SUBSTITUTION OF ATTORNEY; ORDER THEREON |

TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL OTHER PARTIES OF RECORD:

**I. WITHDRAWING ATTORNEY**

Name: Vinod Nichani dba Nichani Law Firm     CA Bar Number: 277607

Firm: Nichani Law Firm

Address: 111 N. Market Street, San Jose, California 95113

Telephone: 408-800-6174     Fax Number: 408-290-9802

Email: vinod@nichanilawfirm.com

Counsel of Record for Vahe Tashjian, individually.

1
SUBSTITUTION OF ATTORNEY; ORDER THEREON

## II. NEW REPRESENTATION

The party (Vahe Tashjian), represented by attorney seeking to withdraw, has not retained new counsel and wishes to proceed pro se, as a self-represented litigant.

Name: Vahe Tashjian

Address: 901 Loyola Drive, Los Altos, CA 94024

Telephone: 650-245-0753

Email:

## III. SIGNATURES

Withdrawing Attorney:

I am currently counsel of record in this case, and am identified above in Section I as "Withdrawing Attorney."

Date: September 29, 2022         /s/Vinod Nichani
                                  VINOD NICHANI

Party Represented by Withdrawing Attorney:

I am currently represented by the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel and represent myself pro se in this case.

Date: September 29, 2022         /s/Vahe Tashjian
                                  VAHE TASHJIAN

## ORDER

GOOD CAUSE APPEARING, the substitution of Vahe Tashjian, Pro Se, in the place of Vinod Nichani of Nichani Law Firm, in respect to the representation of Vahe Tashjian, is APPROVED.

Date: _____

_____
UNTED STATES BANKRUPTCY COURT JUDGE