

The following constitutes the order of the Court.
Signed: October 5, 2022

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

DUTCHINTS DEVELOPMENT LLC,

　　　　　　　　　Debtor.

Case No. 21-51255 MEH

Chapter 7

### ORDER DENYING REQUEST FOR HEARING ON SHORTENED TIME

Vinod Nichani, counsel for Vahe Tashjian, filed a motion to withdraw as counsel to Tashjian on October 4, 2022. The motion was accompanied by an ex parte application for hearing on shortened time. Counsel's grounds for a hearing on shortened time are the same as counsel's argument in support of withdrawal as counsel. As such, no basis for hearing on shortened time is provided. In addition, there is no declaration from the client addressing his purported desire to proceed without counsel. The only evidence presented in support of Counsel's assertion that the client seeks to represent himself is an email sent to the client an hour and a half prior to the filing stating: "My office is going to file a motion to withdraw as counsel on shortened time. Please let me know if you object to the hearing being heard on shortened time." This does not establish the client's consent to or support for the request for hearing on shortened time or client's desire to proceed without counsel. Therefore, the application for hearing on shortened time is denied.

**END OF ORDER**

**COURT SERVICE LIST**

Vahe Tashjian

901 Loyola Drive

Los Altos, CA 94024


Dutchints Development LLC

5150 El Camino Real E20

Los Altos, CA 94022


All ECF Recipients