Niv Davidovich, Esq. (State Bar No. 247328)
**DAVIDOVICH STEIN LAW GROUP LLP**
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
Telephone:     (818) 661-2420
Facsimile:     (818) 301-5131
E-Mail:        Niv@DavidovichLaw.com

Attorneys for Third-Party 18500 Marshall Ln, LLC

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>DUTCHINTS DEVELOPMENT LLC;<br><br>     Debtor. | CASE NO.  21-51255-MEH<br><br>Chapter 7<br><br>**DECLARATION OF BRANDON P. BROUSSEAU RE: FILING AND SERVICE OF THIRD-PARTY 18500 MARSHALL LN, LLC'S OBJECTION TO TRUSTEE'S MOTION TO APPROVE COMPROMISE**<br><br>The Honorable M. Elaine Hammond,<br>United States Bankruptcy Judge |

I, Brandon P. Brousseau, declare as follows:

1.     I submit this declaration in support of Third-party 18500 Marshall Ln, LLC's Objection (the "Objection") to the Motion to Approve Compromise with Owners of 18500 and 18520 Marshall Lane, Saratoga, CA (the "Motion"). Except as otherwise indicated herein, this Declaration is based on my personal knowledge. I am over the age of 18 and mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

2.     On October 13, 2022, at approximately 7:00 p.m. Pacific Time, on behalf of Third-party 18500 Marshall Ln, LLC ("Marshall LLC"), I filed the Objection, the Declaration of Vahe Tashjian in Support of the Objection, the Evidentiary Objections to Declaration of Kailey Wright filed in Support of the Motion, and a Proposed Order reflecting Marshall LLC's Objection to the

DAVIDOVICH STEIN LAW GROUP LLP
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

Motion (collectively, the "Filings"). I utilized the "Court Document Upload" portal (the "Portal") located at: https://www.canb.uscourts.gov/court-document-upload to submit the Filings to the United States Bankruptcy Court Northern District of California San Jose Division. A true and correct copy of the confirmation email I received from the Court is attached hereto as **Exhibit A**.

3. However, due to size limitations, the Portal would not accept the Declaration Vahe Tashjian in Support of the Objection, inclusive of the exhibits supporting his Declaration. As a result, I filed only the Declaration without the accompanying exhibits. An Amended Declaration Vahe Tashjian in Support of the Objection, inclusive of the accompanying exhibits, is being filed and served concurrently with this Declaration.

4. On October 13, 2022, at approximately 7:14 p.m. Pacific Time, in accord with United States Bankruptcy Court Northern District of California Local Rule 9014-1(B)(3), requiring service on the initiating party, I served the Filings on Messrs. Michael A. Sweet and Jack Praetzellis, of Fox Rothschild, LLP, as counsel for the Chapter 7 Trustee Richard Marshack. Service of the Filings on Messrs. Michael A. Sweet and Jack Praetzellis included all of the supporting exhibits to the Declaration Vahe Tashjian in Support of the Objection via a Dropbox link. A true and correct copy of the service email transmission is attached hereto as **Exhibit B**.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration was executed on October 19, 2022.

*/s/ Brandon P. Brousseau*
Brandon P. Brousseau

-2-

# EXHIBIT A



Brandon Brousseau <brandon@davidovichlaw.com>

# Your documents have been submitted.
1 message

**Bankruptcy Court Document Upload Confirmation** <Helpdesk@canb.uscourts.gov>   Thu, Oct 13, 2022 at 7:00 PM
To: brandon@davidovichlaw.com

Submitted on Thursday, October 13, 2022 - 7:00pm

*We have received your Document Upload.*

Thank you,
U.S. Bankruptcy Court
Northern District of California

# EXHIBIT B



Brandon Brousseau <brandon@davidovichlaw.com>

## In re: Dutchints Development, LLC; United States Bankruptcy Court Northern District of California Case No. 21-51255-MEH

1 message

**Brandon Brousseau** <brandon@davidovichlaw.com>  Thu, Oct 13, 2022 at 7:14 PM
To: jpraetzellis@foxrothschild.com, msweet@foxrothschild.com
Cc: Niv Davidovich <niv@davidovichlaw.com>

Counsel,

In accord with United States Bankruptcy Court Northern District of California Local Rule 9014-1(B)(3), requiring service on the initiating party, attached are service copies of the following documents for the above-referenced matter:

1. THIRD-PARTY 18500 MARSHALL LN, LLC'S OBJECTION TO TRUSTEE'S MOTION TO APPROVE COMPROMISE AND REQUEST FOR HEARING [Doc #253];
2. DECLARATION OF VAHE TASHJIAN IN SUPPORT OF THIRD-PARTY 18500 MARSHALL LN, LLC'S OBJECTION TO TRUSTEE'S MOTION TO APPROVE COMPROMISE [Doc #253]
3. THIRD-PARTY 18500 MARSHALL LN, LLC'S EVIDENTIARY OBJECTIONS TO DECLARATION OF KAILEY WRIGHT [Doc #256] FILED IN SUPPORT OF TRUSTEE'S MOTION TO APPROVE COMPROMISE [Doc #253]
4. THIRD-PARTY 18500 MARSHALL LN, LLC'S PROPOSED ORDER ON MOTION TO APPROVE COMPROMISE [Doc #253]

Due to size limitations, the Exhibits in support of Mr. Tashjian's Declaration can be downloaded at
https://www.dropbox.com/s/r4mdnw8xi498pu6/Combined%20Exhibits.pdf?dl=0

If you have any difficulty with the attachments or exhibits, please do not hesitate to contact our office.

With Regards,

Brandon Brousseau, Esq.



A Limited Liability Partnership
6442 Coldwater Canyon Avenue
Suite 209
North Hollywood, California 91606
Main: (818) 661-2420
Facsimile: (818) 301-5131
brandon@davidovichlaw.com
www.davidovichlaw.com

**Confidentiality**: The information contained in this email, including attachments, may be confidential or subject to attorney-client privilege and is only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or is the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by return email or by calling (818) 661-2420.

**Tax Advice Disclosure**: Any U.S. federal tax advice contained in this communication, including any attachment(s), unless expressly stated otherwise, was and is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

**4 attachments**

📄 **18500 Marshall Objection (Evid Obj).pdf**
299K

**18500 Marshall Objection (Tashjian Dec).pdf**
146K

**18500 Marshall Objection (PA).pdf**
397K

**18500 Marshall Objection (Order).pdf**
229K