UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case No.: 21-51255 MEH

Chapter 7

In re

DUTCHINTS DEVELOPMENT, LLC

Debtor.

**DECLARATION OF JOHN HONDAGNEU IN OBJECTION TO TRUSTEE'S MOTION TO APPROVE COMPROMISE [Doc #253] AND IN SUPPORT OF THIRD-PARTY 18500 MARSHALL LN, LLC'S OBJECTION**

I, John Hondagneu, declare as follows:

1. I am a member of 18500 Marshall Ln, LLC and I submit this declaration in Objection to the Motion to Approve Compromise with Owners of 18500 and 18520 Marshall Lane, Saratoga, CA (the "Motion") and in support of the filed Third-party 18500 Marshall Ln, LLC's Objection (the "Objection"). Except as otherwise indicated herein, this Declaration is based on my personal knowledge. I am over the age of 18 and mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

2. I hold 49% interest in 18500 Marshall Ln, LLC. In mid 2019, Mr. Vahe Tashjian provided me a copy of the PSA as well as the assignment. 18500 Marshall Ln, LLC is the legal title holder to the rights of the PSA which was executed on October 18, 2018 and assigned to 18500 Marshall Ln, LLC on May 1, 2019.

I, JOHN HONDAGNEU, HEREBY DECLARE UNDER PENTALY OF PERJURY AS FOLLOWS:

Respectfully submitted on November 16, 2022 in ___Redwood City___, California.

_/s/ John Hondagneu_
JOHN HONDAGNEU