

```
                                    Entered on Docket
                                    November 29, 2022
                                    EDWARD J. EMMONS, CLERK
                                    U.S. BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```

1 | MICHAEL A. SWEET (SBN 184345)
    msweet@foxrothschild.com
2 | JACK PRAETZELLIS (SBN 267765)     The following constitutes the order of the Court.
    jpraetzellis@foxrothschild.com     Signed: November 29, 2022
3 | **FOX ROTHSCHILD LLP**
    345 California Street, Suite 2200
4 | San Francisco, California 94104
    Telephone:   (415) 364-5540          _____
5 | Facsimile:   (415) 391-4436
                                          M. Elaine Hammond
6 | Attorneys for Chapter 7 Trustee Richard Marshack U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:                                    Case No. 21-51255-MEH

DUTCHINTS DEVELOPMENT LLC,                Chapter 7

              Debtor.                     **ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH OWNERS OF 18500 AND 18520 MARSHALL LANE, SARATOGA, CA**

                                          Date:  November 10, 2022
                                          Time:  10:00 a.m.

                                          The Honorable M. Elaine Hammond,
                                          United States Bankruptcy Judge

This is an order on the Motion of Richard Marshack, trustee ("Trustee") for the Chapter 7 bankruptcy estate of Dutchints Development LLC ( the "Debtor"), pursuant to Federal Rule of Bankruptcy Procedure 9019, for approval of a compromise with John H. Bellicitti, as Trustee of the John and Monica Bellicitti 2015 Revocable Trust under Trust Agreement dated July 9, 2015, as amended, FBO John H. Bellicitti as his sole and separate property, and as Trustee of the Harry L. Bellicitti Exempt Trust under Trust Agreement dated April 16, 1997, as amended FBO John H. Bellicitti ("John"); Mary F. Driggs, as Trustee of the Mary F. Driggs 2012 Separate Property Trust under Trust Agreement dated July 17, 2012, as amended, and as Trustee of the Harry L. Bellicitti Exempt Trust under Trust Agreement dated April 16, 1997, as amended, FBO Mary F. Driggs ("Mary"); Robert J. Bellicitti, as Trustee of the Bellicitti 2015 Revocable Trust under Trust

Agreement dated July 9, 2015, as amended, FBO Robert J. Bellicitti, as his sole and separate property, and as Trustee of the Harry L. Bellicitti Exempt Trust under Trust Agreement dated April 16, 1997 as amended FBO Robert J. Bellicitti ("Robert"); and Harry L. Bellicitti, Jr., as Trustee of The Harry and Carol Ann Bellicitti 2015 Revocable Trust under Trust Agreement dated July 8, 2015, as amended, FBO Harry L. Bellicitti, Jr. as his sole and separate property, and as Trustee of the Harry L. Bellicitti Exempt Trust under Trust Agreement dated April 16, 1997, as amended, FBO Harry L. Bellicitti, Jr. ("Harry") (collectively, the "Owner") over that certain purchase and sale agreement, as amended (the "PSA") (the "Motion")[1].

Having considered the Motion, the declarations in support, the objection and declarations filed by 18500 Marshall Lane LLC and all related pleadings, as well as the arguments of counsel, and for the reasons stated on the record and good cause appearing the Motion is granted.

IT IS HEREBY ORDERED THAT:

1. The Objection filed by 18500 Marshall Lane LLC is overruled.
2. The Compromise is approved.
3. The PSA is terminated and rejected.
4. $145,000 of the $160,000 deposit made on October 24, 2018 to the Escrow shall be distributed to the Trustee and the remainder of the money deposited with the Escrow in connection with the PSA shall be distributed to the Owner.
5. The releases contained in the Agreement shall be immediately effective.
6. The stay under Bankruptcy Rule 6004(h) is waived and this order shall be immediately effective.
7. Without further order of the Court, the Trustee is authorized to take any and all steps, including but not limited to executing such additional and further documents, that are reasonably necessary to effectuate the Compromise.

///

//

---

[1] Unless otherwise indicated, this Order adopts the definitions set forth in the Motion.

Approved as to form:

*/s/ Monique Jewett-Brewster*
Monique Jewett-Brewster

***END OF ORDER**

All relevant parties served by ECF