MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

Attorneys for Chapter 7 Trustee
Richard Marshack

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-51255-MEH |
| DUTCHINTS DEVELOPMENT LLC, | Chapter 7 |
| Debtor. | **TRUSTEE'S EX PARTE MOTION TO VACATE ORDER PURGING CONTEMPT AND SET CONTINUED HEARING ON ORDER ON MOTION RE CONTEMPT** |
| | The Honorable M. Elaine Hammond, United States Bankruptcy Judge |

Richard Marshack, Chapter 7 Trustee ("Trustee") for the above-captioned debtor, submits the following in support of his Ex Parte Motion to Vacate Order Purging Contempt and Set Continued Hearing on Order on Motion re Contempt:

During the Court's hearing on February 28, 2023, Mr. Vahe Tashjian provided certain login and password information that allowed the Trustee's professional Mr. Michael Garlie to access records and endeavor to obtain access to other debtor-records. Between that time and today, Mr. Tashjian changed this login and password information thereby disabling Mr. Garlie's access to this material. (*See* Garlie Decl. filed herewith.)

Accordingly, the Trustee respectfully requests the Court vacate its order purging Mr.

///

///

Tashjian's contempt and direct the U.S. Marshal Service to apprehend Mr. Tashjian for a continued contempt hearing.[1]

Dated: March 1, 2023.

Respectfully Submitted,

FOX ROTHSCHILD LLP

By /s/ Jack Praetzellis
Jack Praetzellis,
Attorneys for Chapter 7 Trustee Richard Marshack

---

[1] In light of Mr. Tashjian's conduct, counsel for the Trustee has not uploaded a draft order purging Mr. Tashjian's contempt.