

Entered on Docket
March 01, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: March 1, 2023

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

DUTCHINTS DEVELOPMENT LLC,

Debtor.

Case No. 21-51255 MEH

Chapter 7

## ORDER FINDING CONTINUING CIVIL CONTEMPT

An Order Finding Civil Contempt and Arrest as to Vahe Tashjian was entered on October 4, 2022. On February 28, 2023, Tashjian was arrested by the U.S. Marshal and brought before Judge M. Elaine Hammond to be provided an opportunity to purge his contempt by providing the Chapter 7 Trustee with (1) Administrator access to the Debtor's Google Accounts and (2) Administrator access to the Debtor's QuickBooks Account(s).

At the hearing, Tashjian provided certain login and password information that allowed the Trustee's professional Mr. Michael Garlie to access records and seek to obtain access to other records of the debtor. Based on Tashjian's providing this information, I orally vacated Tashjian's contempt, subject to entry of a written order. I further directed Tashjian, or any individuals associated with him not to alter or remove any data or information from the Google and QuickBooks accounts. A hearing was set for March 8, 2023 at 10:00 am. This

1

hearing was set to verify required information is provided and to consider whether Tashjian's personal data should be separated from Debtor information. I directed Tashjian and Trustee's counsel, Jack Praetzellis to attend the March 8 hearing in person.

Less than 24 hours after the hearing, the Trustee filed a Motion for Contempt based on passwords to the Google Drive and QuickBooks accounts having been changed such that Trustee and his expert Mr. Garlie no longer have administrator access to these accounts.

Accordingly, my oral ruling that Tashjian had purged his contempt is hereby vacated. **Vahe Tashjian is hereby ORDERED TO APPEAR IN PERSON on March 8, 2023, at 10:00 a.m. in Courtroom 11.** Tashjian should be prepared to provide administrator access to the Google Drive and QuickBooks accounts. If Tashjian fails to appear as required, a warrant for Tashjian's arrest will be issued for a continued contempt hearing.

**END OF ORDER**

COURT SERVICE LIST

<u>Via ECF:</u>

All ECF Recipients

<u>Via Mail:</u>

Vahe Tashjian

901 Loyola Drive

Los Altos, CA 94024