

MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
EDWARD J. TREDINNICK (SBN 84033)
etredinnick@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

The following constitutes the order of the Court.
Signed: March 30, 2023

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

Attorneys for Chapter 7 Trustee Richard Marshack

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>DUTCHINTS DEVELOPMENT LLC,<br><br>              Debtor. | Case No. 21-51255-MEH<br><br>Chapter 7<br><br>**ORDER AUTHORIZING RULE 2004 EXAMINATION OF OF VARIOUS INDIVIDUALS AND ENTITIES CONNECTED TO THE DEBTOR**<br><br>[No Hearing Required] |

      Upon the Ex Parte Application for Bankruptcy Rule 2004 Examination of Various Individuals and Entities Connected to the Debtor (the "Application") of Richard Marshack, Trustee of the Estate of Dutchints Development LLC, ("Debtor") and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

      1.    The Trustee may serve a deposition subpoena upon the individuals and entities listed on Exhibit A hereto.

      2.    The Trustee may serve upon the individuals and entities listed on Exhibit A hereto subpoenas for the production of the categories of documents set forth in Exhibit B hereto.

# EXHIBIT A

## List of Individuals and Entities

| # | Last Name/Entity | First Name |
|---|---|---|
| 1. | Tashjian | Shoushan |
| 2. | Arnett | Kaela |
| 3. | Spieker | Todd |
| 4. | Spieker | Catherine R. |
| 5. | Newmark Knight Frank | |
| 6. | Hopman | Joel |
| 7. | Suddjian | Keith |
| 8. | Mancini | Randy |
| 9. | Mancini | Karol |

# EXHIBIT B

# DOCUMENTS TO BE PRODUCED

# DEFINITIONS

A. The term DEBTOR shall mean Dutchints Development LLC.

B. The term DEBTOR-AFFILIATES shall mean the following persons or entities:

    a.     1210 Fremont Ave LLC

    b.     1575 Grant Road LLC

    c.     18500 Marshall Ln LLC

    d.     18771 Homestead Rd. LLC

    e.     1900 Warburton Ave

    f.     1st Street Group LLC

    g.     1st street Group LLC

    h.     24925 Oneonta Drive LLC

    i.     26088 Duval LLC

    j.     5150 ECR Group

    k.     5150 ECR Group LLC

    l.     5150 ECR Partners LLC

    m.     570 S. Rengstorff Group LLC

    n.     980 Golden Way LLC

    o.     ADL 2 LLC

    p.     Any other entity known to the person responding to this subpoena to have any point been owned or controlled, in any manner whatsoever, by the DEBTOR or any DEBTOR-AFFILATE

    q.     Arnett, Kaela

    r.     DD 1503 Grant Road LLC

    s.     DD 1st Street Group LLC

    t.     DD 20th Street Group LLC

| | | |
|---|---|---|
| u. | DD 5150 ECR Partners LLC | |
| v. | DD 570 S. Regstroff Group LLC | |
| w. | DD Bulb Rd LLC | |
| x. | DD Fund 2 LLC | |
| y. | DD Fund Manager LLC | |
| z. | DD GPI LLC | |
| aa. | DD Icon Partners LLC | |
| bb. | DD San Carlos Avenue Group | |
| cc. | DD Stonebrook Drive LLC | |
| dd. | DD VDG Group LLC | |
| ee. | DD Warburton Group LLC | |
| ff. | DD/HLC 360 Saratoga Ave LLC | |
| gg. | Dutchints LLC | |
| hh. | Flip Fund LLC | |
| ii. | Fund 2 LLC | |
| jj. | San Carlos Ave | |
| kk. | San Carlos Group LLC | |
| ll. | Stonebrook Drive LLC | |
| mm. | T Properties LLC | |
| nn. | Tashjian Properties LLC | |
| oo. | Tashjian, Madeline | |
| pp. | Tashjian, Vahe | |
| qq. | TPPG, LLC | |
| rr. | Urban Catalyst | |
| ss. | Vahe S. Tashjian 2018 Living Trust Dated December 19, 2018 | |
| tt. | Vera Ave RC LLC | |

uu. Warburton Group LLC

vv. Whitman, Aline Tashjian

ww. Tashjian, Shoushan

**CATEGORIES FOR PRODUCTION**

1. All documents, communication, and electronically stored information relating to the DEBTOR.

2. All documents, communication, and electronically stored information relating to any DEBTOR-AFFILIATES. To the extent the party responding to this subpoena is defined as a DEBTOR-AFFILIATE, this category shall be limited to communication relating to any DEBTOR-AFFILIATE excluding the responding party.

3. All documents, communication, and electronically stored information relating to any current or former ASSET of the DEBTOR. The term "ASSET" shall mean any personal property (e.g., cash, bank accounts, membership interests in limited liability companies, stock in corporations), real property (e.g., real estate), or intellectual property (e.g., trademarks, copyrights, patents) that was owned, in whole or in part, directly or indirectly, by the DEBTOR or any DEBTOR-AFFILATE.

4. All documents, communication, and electronically stored information relating to any current or former ASSET of any DEBTOR-AFFILATE.

5. To the extent not already provided in response to this subpoena, documents, communication, and electronically stored information relating to the financial affairs of the DEBTOR.

6. To the extent not already provided in response to this subpoena, documents, communication, and electronically stored information relating to the financial affairs of any DEBTOR-AFFILATE.

7. To the extent not already provided in response to this subpoena, documents, communication, and electronically stored information relating to the transfer of any ASSET between

the DEBTOR and the DEBTOR-AFFILIATES.

8. To the extent not already provided in response to this subpoena, documents, communication, and electronically stored information relating to the transfer of any ASSET between the DEBTOR and any entity other than the DEBTOR-AFFILIATES.

9. All documents and communcation relating to 1877 Homstead Road, including but not limited to, the acquisition and development of that property.

**END OF ORDER**

## Court Service List

All relevant parties served by ECF